Attach. - A

For Exhibit - 2

*Designation: Retained*

**Plaintiff**

**United States of America**      represented by    **Adelaide G. Few**
US Attorney's Office – FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602
813/274-6325
Fax: 813/274-6220
Email: adelaide.few@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest F. Peluso**
Hillsborough County Sheriff's Office
2008 E 8th Ave
PO Box 3371
Tampa, FL 33605
813-247-8928
Fax: 813-247-0941
Email: tpeluso@hcso.tampa.fl.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lee Rubinstein**
Cohen, Jayson &Foster, PA
201 E Kennedy Blvd – Ste 1000
PO Box 172538
Tampa, FL 33672-2538
813/225-1655
Email: mrubinstein@tampalawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/1999 | 1 | MOTION by USA to seal the indictment and related documents as to James T. Kimball, Gaylord Hughes Referred to Magistrate Judge Elizabeth A. Jenkins (vld) Modified on 08/04/1999 (Entered: 08/04/1999) |
| 07/15/1999 | 2 | ORDER granting [1-1] USA motion to seal the indictment and related documents as to James T. Kimball (1), Gaylord Hughes (2) ( Signed by Magistrate Judge Elizabeth A. Jenkins ) (vld) Modified on 08/04/1999 (Entered: 08/04/1999) |
| 07/15/1999 | 3 | INDICTMENT as to James T. Kimball (1) counts 1, 2-7, 8, Gaylord Hughes (2) count 1 (vld) (Entered: 08/04/1999) |
| 07/15/1999 | | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: Thomas B. McCoun (vld) (Entered: 08/04/1999) |
| 07/16/1999 | 4 | SUMMONS issued for James T. Kimball Initial Appearance set for 10:00 8/3/99 before Mag.Judge Thomas B. McCoun III (vld) (Entered: 08/04/1999) |
| 07/29/1999 | | Summons served 7/29/99 per USM, as to James T. Kimball (vld) (Entered: 08/04/1999) |
| 07/30/1999 | 8 | SUMMONS Returned Executed as to James T. Kimball 7/29/99 (rm) (Entered: 08/06/1999) |
| 08/03/1999 | 6 | INITIAL APPEARANCE held on 8/3/99 before Mag.Judge Thomas B. McCoun III as to James T. Kimball. Court orders that indictment is unsealed. Tape 105 @1888-3066 Defendant(s) informed of rights. (vld) Modified on 08/04/1999 (Entered: 08/04/1999) |

| | | |
|---|---|---|
| 08/03/1999 | 7 | NOTICE OF HEARING: setting arraignment for 12:30 8/25/99 for James T. Kimball Scheduled for Mag.Judge Thomas B. McCoun III (vld) (Entered: 08/04/1999) |
| 08/03/1999 | 9 | APPEARANCE BOND (Signature) for James T. Kimball in Amount $ 50,000, co-signed by Jo Kimball, wife. ( Signed by Mag.Judge Thomas B. McCoun III ) (rm) (Entered: 08/06/1999) |
| 08/03/1999 | 10 | ORDER Setting Conditions of Release as to James T. Kimball Bond set to $50,000 Signature for James T. Kimball. ( Signed by Mag.Judge Thomas B. McCoun III ). Order vacated per order dated 9/24/99 document 51. (rm) Modified on 09/27/1999 (Entered: 08/06/1999) |
| 08/06/1999 | 12 | MOTION by James T. Kimball for leave to travel to Maine and Massachusettes Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 08/09/1999) |
| 08/06/1999 | 13 | RESPONSE by USA as to James T. Kimball in opposition to [12-1] motion for leave to travel to Maine and Massachusettes. (smb) (Entered: 08/09/1999) |
| 08/17/1999 | 16 | MOTION by James T. Kimball for leave to relocate Referred to Mag.Judge Thomas B. McCoun III (smb) (Entered: 08/18/1999) |
| 08/19/1999 | 17 | MOTION by James T. Kimball to appear pro se (smb) (Entered: 08/20/1999) |
| 08/24/1999 | 18 | MOTION with memorandum in support by USA as to James T. Kimball to modify conditions of defendant's pretrial release order Referred to Mag. Judge Thomas B. McCoun III. (smb) (Entered: 08/25/1999) |
| 08/24/1999 | 18 | RENEWED OPPOSITION by USA as to James T. Kimball to [16-1] motion for leave to relocate. (smb) (Entered: 08/25/1999) |
| 08/24/1999 | 19 | ORDER that [17-1] motion to appear pro se is referred to Mag. Judge Thomas B. McCoun III as to James T. Kimball (1) for disposition of the motion. The Court requests that Judge McCoun dispose of this motion as expeditiously as possible. ( Signed by Judge Richard A. Lazzara ) (smb) (Entered: 08/25/1999) |
| 08/25/1999 | 20 | MOTION by James T. Kimball to strike [18-1] motion to modify conditions of defendant's pretrial release order Referred to Mag.Judge Thomas B. McCoun III (smb) (Entered: 08/26/1999) |
| 08/25/1999 | 21 | TRANSCRIPT filed as to James T. Kimball for initial appearance held 8/3/99 before Judge Thomas B. McCoun, III. (Transcript filed separately.) (smb) (Entered: 08/26/1999) |
| 08/25/1999 | 22 | MINUTE ENTRY for motion hearing as to James T. Kimball, Gaylord Hughes before Mag. Judge Thomas B. McCoun III. Court Reporter: Dennis Miracle Tape 112/837-End, 113/1-400 (smb) Modified on 08/30/1999 (Entered: 08/27/1999) |
| 08/25/1999 | | ORAL ORDER that [16-1] motion for leave to relocate taken under advisement as to James T. Kimball (1), [18-1] motion to modify conditions of defendant's pretrial release order taken under advisement as to James T. Kimball (1). ( Entered by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 08/27/1999) |
| 08/26/1999 | 24 | RESPONSE by USA as to James T. Kimball in opposition to [17-1] motion to appear pro se. (smb) (Entered: 08/27/1999) |
| 08/26/1999 | 25 | EXHIBIT LIST by USA for hearing to modify conditions of release as to James T. Kimball. (smb) (Entered: 08/27/1999) |
| 08/26/1999 | 26 | NOTICE OF HEARING: set arraignment for 10:00 9/7/99 for James T. Kimball; Scheduled for Mag. Judge Thomas B. McCoun III (smb) (Entered: 08/27/1999) |
| 08/26/1999 | 28 | ORDER deferring [16-1] motion for leave to relocate as to James T. Kimball (1). However, the court sua sponte authorizes the defendant to travel to his property in Maine on 9/2/99 to meet with Pretrial Services. He may remain until 9/6/99 upon the travel arrangements previously disclosed to Pretrial Services. ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 08/27/1999) |
| 08/30/1999 | 30 | CJA 20 as to James T. Kimball : Appointment of Attorney David T. Weisbrod ( Signed by Mag.Judge Thomas B. McCoun III ) This Voucher is Void due to |

| | | |
|---|---|---|
| | | clerical error. Mr. Weisbrod represents Mr. Gayloard Hughes. See new voucher #72. (smb) Modified on 10/20/1999 (Entered: 08/31/1999) |
| 08/31/1999 | 31 | TRANSCRIPT filed as to James T. Kimball, Gaylord Hughes for status of counsel hearing and arraignment held 8/25/99 before Judge Thomas B. McCoun, III. (Transcript filed separately.) (smb) (Entered: 09/01/1999) |
| 08/31/1999 | 33 | RESPONSE by James T. Kimball in opposition to [18-1] motion to modify conditions of defendant's pretrial release order, and [18-1] opposition to motion to travel or for relocation to New Englandi. (smb) (Entered: 09/02/1999) |
| 09/01/1999 | 34 | MOTION by James T. Kimball to withdraw [17-1] motion to appear pro se Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 09/02/1999) |
| 09/01/1999 | 35 | FACTUAL SUBMISSION by USA as to James T. Kimball in opposition to [17-1] motion to appear pro se. (smb) (Entered: 09/02/1999) |
| 09/01/1999 | 36 | BRIEF AND SUBMISSION regarding issues of self-representation by USA as to James T. Kimball (smb) (Entered: 09/02/1999) |
| 09/07/1999 | | ENDORSED ORDER denying [17-1] motion to appear pro se as to James T. Kimball (1) ( Signed by Mag. Judge Thomas B. McCoun III ) (smb) (Entered: 09/08/1999) |
| 09/07/1999 | | ENDORSED ORDER granting [34-1] motion to withdraw [17-1] motion to appear pro se as to James T. Kimball (1). ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 09/08/1999) |
| 09/07/1999 | 37 | PRETRIAL DISCOVERY ORDER AND NOTICE of trial and status conference setting Status conference for 9:00 9/9/99 for James T. Kimball. Jury Trial set for term commencing on 10/4/99 for James T. Kimball Scheduled for Judge Richard A. Lazzara ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 09/08/1999) |
| 09/07/1999 | 38 | MINUTE ENTRY as to James T. Kimball : Hearing regarding possible conflict of interest of attorney for defendant held before Mag.Judge Thomas B. McCoun III on 7/7/99 (rjc) (Entered: 09/08/1999) |
| 09/07/1999 | 39 | ARRAIGNMENT held on 9/7/99 as to James T. Kimball . Defendant(s) pled not guilty before Mag.Judge Thomas B. McCoun III Tape 122/1466 (rjc) (Entered: 09/08/1999) |
| 09/08/1999 | 40 | ORDER granting [16-1] motion for leave to relocate. Mr. Kimball may relocate his permanent residence to 152 Nyes Corner Road, St. Albins, Maine. Granting [18-1] motion to modify conditions of defendant's pretrial release order as to James T. Kimball (1) to the extent that neither the Defendant, nor any company with which he is associated, may manufacture, promote, sell or otherwise distribute selegeline (deprenyl), except as a prescription medication when supervised by a licensed practitioner authorized to prescribe selegeline, pending further proceedings in this cause. In all other respects, the motion is denied. ( Signed by Mag. Judge Thomas B. McCoun III ) (smb) (Entered: 09/10/1999) |
| 09/09/1999 | | ENDORSED ORDER denying as moot (see doc. 40) [12-1] motion for leave to travel to Maine and Massachusettes as to James T. Kimball (1) ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 09/10/1999) |
| 09/09/1999 | | ENDORSED ORDER denying (see doc. 40) [20-1] motion to strike [18-1] motion to modify conditions of defendant's pretrial release order as to James T. Kimball (1) ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 09/10/1999) |
| 09/09/1999 | 41 | MINUTE ENTRY regarding criminal status conference as to James T. Kimball, Gaylord Hughes before Judge Richard A. Lazzara. Continued. Restatus scheduled for 10/14/99 at 9:00. Court Reporter: Claudia Fry (smb) (Entered: 09/10/1999) |
| 09/09/1999 | | ORAL MOTION in open court by USA as to James T. Kimball, Gaylord Hughes to continue status conference (smb) (Entered: 09/10/1999) |
| 09/09/1999 | | ORAL ORDER granting oral motion to continue status conference as to James T. Kimball (1), Gaylord Hughes (2). ( Entered by Judge Richard A. Lazzara ) (smb) |

| | | |
|---|---|---|
| | | (Entered: 09/10/1999) |
| 09/09/1999 | 42 | NOTICE OF HEARING: set status conference for 9:00 10/14/99 for James T. Kimball, for Gaylord Hughes Scheduled for Judge Richard A. Lazzara (smb) (Entered: 09/10/1999) |
| 09/09/1999 | | SEALED DOCUMENT S-1 (smb) (Entered: 09/10/1999) |
| 09/09/1999 | | SEALED DOCUMENT S-2 (smb) (Entered: 09/10/1999) |
| 09/09/1999 | | SEALED DOCUMENT S-3 (smb) (Entered: 09/10/1999) |
| 09/09/1999 | | SEALED DOCUMENT S-4 (smb) (Entered: 09/10/1999) |
| 09/13/1999 | 43 | NOTICE of appearance for James T. Kimball by attorney R. Elliott Dunn, Jr. (smb) (Entered: 09/13/1999) |
| 09/14/1999 | 44 | ORDER regarding defendant's pro se motion to unseal search warrants as to James T. Kimball. Accordingly, any issues pertaining to the unsealing of any documents in this case will be considered by United States Magistrate Judge Thomas B. McCoun, III. ( Signed by Magistrate Judge Mark A. Pizzo ) (smb) (Entered: 09/14/1999) |
| 09/16/1999 | 45 | MOTION by James T. Kimball for reconsideration of [40-1] order , and/or for clarification [40-1] order Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 09/17/1999) |
| 09/20/1999 | 46 | MOTION with memorandum in support by USA as to James T. Kimball for revocation of conditions of release Referred to Mag.Judge Thomas B. McCoun III (jlh) (Entered: 09/20/1999) |
| 09/22/1999 | 47 | TRANSCRIPT filed as to James T. Kimball for motion hearing to relocate held 8/25/99 before Judge Thomas B. McCoun, III. (Transcript filed separately. ) (smb) (Entered: 09/23/1999) |
| 09/22/1999 | 48 | BOND REVOCATION HEARING held on 9/20/99 before Mag.Judge Thomas B. McCoun III as to James T. Kimball. Defendant detained pending further order. Court Reporter: Dennis Miracle Tape 127/1775-128/1-1100 continue 129/661-end 130/1 (smb) (Entered: 09/23/1999) |
| 09/23/1999 | 49 | NOTICE of related case 99-395-MS by USA as to James T. Kimball. (smb) (Entered: 09/24/1999) |
| 09/23/1999 | 50 | NOTICE OF HEARING: Motion hearing for reconsideration, for clarification, and motion to return all property under search warrant 99-288-MP as to James Kimball set for 10/5/99 at 10:00; Scheduled for Mag.Judge Thomas B. McCoun III (smb) (Entered: 09/24/1999) |
| 09/24/1999 | 51 | ORDER denying [46-1] motion for revocation of conditions of release as to James T. Kimball (1). The original order of release [10-1] is hereby modified. The order granting permission for Mr. Kimball to relocate to Maine is hereby vacated [40-1]. Bond reset to $100,000 Secured for James T. Kimball. The bond shall be co-signed by Jo Kimball and secured by satisfactory property. See order for further details. ( Signed by Mag. Judge Thomas B. McCoun III ) (smb) (Entered: 09/27/1999) |
| 09/24/1999 | 52 | MOTION by USA to stay pending review of order releasing Defendant from detention , and Motion for detention on Case Nos. 99-256-CR-T-26E and 99-395-MS as to James T. Kimball Referred to Mag.Judge Thomas B. McCoun III (aw) (Entered: 09/27/1999) |
| 09/27/1999 | 53 | TRANSCRIPT filed as to James T. Kimball for bond revocation hearing on 9/20/99 before Judge Thomas B. McCoun, III. (Transcript filed separately.) (smb) (Entered: 09/28/1999) |
| 09/27/1999 | 54 | MOTION with memorandum in support by USA as to James T. Kimball for revocation of order of release issued by United States Magistrate Judge ; attachments. (smb) (Entered: 09/29/1999) |

| | | |
|---|---|---|
| 09/27/1999 | 55 | BOND HEARING held on 9/27/99 before Mag.Judge Thomas B. McCoun III as to James T. Kimball Tape 136/3020 (smb) (Entered: 09/29/1999) |
| 09/27/1999 | 56 | AMENDED ORDER Setting Conditions of Release as to James T. Kimball Bond reset to $100,000 Secured for James T. Kimball. See order for further details. ( Signed by Mag. Judge Thomas B. McCoun III ) (smb) Modified on 09/29/1999 (Entered: 09/29/1999) |
| 09/27/1999 | 57 | AMENDED APPEARANCE BOND ( Secured/Property) for James T. Kimball in Amount $ 100,000. See forfeiture agreement. ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 09/29/1999) |
| 09/27/1999 | 58 | AGREEMENT to forfeit property by Josephine Kimball as to James T. Kimball. (smb) (Entered: 09/29/1999) |
| 09/28/1999 | 59 | MOTION by USA to withdraw [54-1] motion for revocation of order of release issued by United States Magistrate Judge as to James T. Kimball (smb) (Entered: 09/29/1999) |
| 09/30/1999 | 60 | CONSOLIDATED RESPONSE by USA as to James T. Kimball re: defendant's motion for return of property in 99-288MP and [45-1] motion for reconsideration of [40-1] order modifying pretrial release order. (smb) (Entered: 09/30/1999) |
| 09/30/1999 | | ENDORSED ORDER granting [59-1] motion to withdraw [54-1] motion for revocation of order of release issued by United States Magistrate Judge as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) (smb) (Entered: 09/30/1999) |
| 09/30/1999 | | ENDORSED ORDER denying [54-1] motion for revocation of order of release issued by United States Magistrate Judge to James T. Kimball (1). ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 09/30/1999) |
| 09/30/1999 | 61 | MOTION with memorandum in support by USA as to James T. Kimball, Gaylord Hughes to correct scrivener's error in the indictment (smb) (Entered: 10/01/1999) |
| 10/04/1999 | | ENDORSED ORDER granting [61-1] motion to correct scrivener's error in the indictment as to James T. Kimball (1), Gaylord Hughes (2). ( Signed by Judge Richard A. Lazzara ) (smb) (Entered: 10/05/1999) |
| 10/05/1999 | 62 | MOTION HEARING held on 10/5/99 before Mag.Judge Thomas B. McCoun III as to James T. Kimball re: [45-1] motion for reconsideration of [40-1] order, [45-2] motion for clarification [40-1] order. Court will grant reconsideration of order as to Corporations will deny as to Mr. Kimball individually. Order to follow. Court Reporter: Virginia Jones (Montana) Tape: 140/3394-end and 141/1 (smb) (Entered: 10/06/1999) |
| 10/06/1999 | 63 | WITNESS LIST for hearing on 10/5/99 by James T. Kimball (smb) (Entered: 10/07/1999) |
| 10/08/1999 | 64 | ORDER granting [45-1] motion for reconsideration of [40-1] order as to James T. Kimball (1), granting [45-2] motion for clarification [40-1] order as to James T. Kimball (1). The portion of [40-1] order prohibiting any company associated with the defendant in the manufacture, promotion, sales, or distribution of selegine as to James T. Kimball (1). This order in no way alters the court's subsequent orders and restrictions upon Mr. Kimball and his personal activity. ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 10/12/1999) |
| 10/12/1999 | 65 | MOTION by James T. Kimball for leave to travel to Maine Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 10/13/1999) |
| 10/12/1999 | 66 | MOTION by James T. Kimball for permission to travel to Reno, Nevada Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 10/13/1999) |
| 10/12/1999 | 67 | MOTION by James T. Kimball to enter the premises at 29949 State Road 54 West and Discovery Experimental and Development, Inc. Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 10/13/1999) |
| 10/12/1999 | 68 | MOTION by James T. Kimball for leave to negotiate the sale of his stock in Discovery Experimental and Development, Inc. , and/or to license the sale of |

| | | |
|---|---|---|
| | | products in which he as a contractual interest Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 10/13/1999) |
| 10/12/1999 | 69 | TRANSCRIPT filed as to James T. Kimball of excerpt for bond revocation hearing held 9/20/99 before Judge Thomas B. McCoun, III (Transcript filed separately.) (smb) (Entered: 10/13/1999) |
| 10/14/1999 | 70 | STATUS CONFERENCE held on 10/14/99 before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes. Reset status for 11/10/99 at 9:00. Court Reporter: Claudia Spangler-Fry (smb) (Entered: 10/14/1999) |
| 10/14/1999 | 71 | NOTICE OF HEARING: set status conference for 9:00 11/18/99 for James T. Kimball, for Gaylord Hughes Scheduled for Judge Richard A. Lazzara (smb) (Entered: 10/14/1999) |
| 10/20/1999 | 73 | RESPONSE by USA as to James T. Kimball re: [68-1] motion for leave to negotiate the sale of his stock in Discovery Experimental and Development, Inc., [68-2] motion to license the sale of products in which he as a contractual interest, [67-1] motion to enter the premises at 29949 State Road 54 West and Discovery Experimental and Development, Inc., [66-1] motion for permission to travel to Reno, Nevada, [65-1] motion for leave to travel to Maine (smb) (Entered: 10/21/1999) |
| 10/25/1999 | | ENDORSED ORDER granting [67-1] motion to enter the premises at 29949 State Road 54 West and Discovery Experimental and Development, Inc. as to James T. Kimball (1) ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 10/26/1999) |
| 10/25/1999 | | ENDORSED ORDER granting [66-1] motion for permission to travel to Reno, Nevada as to James T. Kimball (1). Provide pretrial services with itenerary. ( Signed by Mag. Judge Thomas B. McCoun) ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 10/26/1999) |
| 10/25/1999 | | ENDORSED ORDER granting [65-1] motion for leave to travel to Maine as to James T. Kimball (1). Provide itenerary to Pretrial Services. ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 10/26/1999) |
| 10/29/1999 | 74 | MOTION with memorandum in support by USA as to James T. Kimball, Gaylord Hughes for order enforcing subpoenas for fingerprints Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 11/01/1999) |
| 11/05/1999 | 75 | TRANSCRIPT filed as to James T. Kimball for bond hearing held 9/27/99 before Judge Thomas B. McCoun, III (Transcript filed separately.) (smb) (Entered: 11/08/1999) |
| 11/05/1999 | 76 | ORDER granting [68-1] motion for leave to negotiate the sale of his stock in Discovery Experimental and Development, Inc. as to James T. Kimball (1), granting [68-2] motion to license the sale of products in which he as a contractual interest as to James T. Kimball (1). Mr. Kimball's conduct in this regard is limited by the court's prior orders which are not in any way amended by this granted authority. ( Signed by Mag. Judge Thomas B. McCoun III ) (smb) (Entered: 11/08/1999) |
| 11/08/1999 | 77 | Government's Exhibits from hearing held on 8/25/99 returned to Michael Rubenstein by Magistrate Clerk, Alycia Waller. Receipt pending. (aw) (Entered: 11/08/1999) |
| 11/12/1999 | | ENDORSED ORDER denying as withdrawn [52-1] motion to stay pending review of order releasing Defendant from detention as to James T. Kimball (1), denying as withdrawn [52-2] motion and Motion for detention on Case Nos. 99-256-CR-T-26E and 99-395-MS as to James T. Kimball (1) ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 11/15/1999) |
| 11/12/1999 | 78 | MOTION by James T. Kimball to quash government's subpoena for his fingerprints Referred to Mag.Judge Thomas B. McCoun III (smb) (Entered: 11/15/1999) |

| | | |
|---|---|---|
| 11/12/1999 | 82 | RECEIPT for Government's 8/25/99 hearing exhibits and/or exhibit substitutes as to James T. Kimball. (sak) (Entered: 11/15/1999) |
| 11/12/1999 | 79 | MOTION by Joy Young to quash government's subpoenas for her fingerprints as to James T. Kimball, Gaylord Hughes Referred to Mag.Judge Thomas B. McCoun III (jlh) (Entered: 12/01/1999) |
| 11/12/1999 | 80 | MOTION by Jo Kimball to quash government's subpoenas for her fingerprints as to James T. Kimball, Gaylord Hughes Referred to Mag.Judge Thomas B. McCoun III (jlh) (Entered: 12/01/1999) |
| 11/12/1999 | 81 | MOTION by Mary Groomes to quash government's subpoena for her fingerprints as to James T. Kimball, Gaylord Hughes Referred to Mag.Judge Thomas B. McCoun III (jlh) (Entered: 12/01/1999) |
| 11/17/1999 | 83 | MOTION by Discovery Experiment, James T. Kimball to compel the Government to return, or provide, copies of all documents and articles seized during the search of Discovery Expermental &Development, Inc. on 7/2/99 , and for sanctions referred to Mag.Judge Thomas B. McCoun III (smb) (Entered: 11/19/1999) |
| 11/18/1999 | 85 | STATUS CONFERENCE held on 11/18/99 before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes. Case not ready for trial. Restatus 1/13/00 at 9:00. Court Reporter: Claudia Fry-Spangler (smb) (Entered: 11/19/1999) |
| 11/18/1999 | 86 | NOTICE OF HEARING: set status conference for 9:00 1/13/00 for James T. Kimball, for Gaylord Hughes Scheduled for Judge Richard A. Lazzara (smb) (Entered: 11/19/1999) |
| 11/18/1999 | 84 | CONSOLIDATED RESPONSE by USA regarding [81-1] motion to quash government's subpoena for her fingerprints, [80-1] motion to quash government's subpoenas for her fingerprints, [78-1] motion to quash government's subpoena for his fingerprints (gkm) (Entered: 12/02/1999) |
| 11/19/1999 | 87 | MOTION by James T. Kimball to Modify pre-trial release conditions Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 11/19/1999) |
| 11/19/1999 | 88 | MOTION by USA requesting hearing to be set on government's motion for order enforcing subpoena for fingerprints as to James T. Kimball, Gaylord Hughes Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 11/22/1999) |
| 11/22/1999 | 89 | ORDER denying [74-1] motion for order enforcing subpoenas for fingerprints as to James T. Kimball (1), Gaylord Hughes (2); granting [78-1] motion to quash government's subpoena for his fingerprints as to James T. Kimball (1) granting [79-1] motion to quash, granting [80-1] motion to quash, 2) granting [81-1] motion to quash. ( Signed by Mag.Judge Thomas B. McCoun III ) (gkm) (Entered: 12/02/1999) |
| 11/30/1999 | 90 | MOTION by James T. Kimball for leave to travel to Maine from 12/17/99 - 1/10/00 Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 12/01/1999) |
| 11/30/1999 | | ENDORSED ORDER denying as moot [88-1] motion requesting hearing to be set on government's motion for order enforcing subpoena for fingerprints as to James T. Kimball (1), Gaylord Hughes (2) ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 12/01/1999) |
| 12/03/1999 | 91 | RESPONSE by USA as to James T. Kimball re: [90-1] motion for leave to travel to Maine from 12/17/99 - 1/10/00. (smb) (Entered: 12/06/1999) |
| 12/03/1999 | 92 | STATEMENT IN RESPONSE to [89-1] order by USA as to James T. Kimball, Gaylord Hughes (smb) (Entered: 12/06/1999) |
| 12/03/1999 | 93 | ORDER granting [90-1] motion for leave to travel to Maine from 12/17/99 - 1/10/00 as to James T. Kimball (1). All conditions of release previously ordered by this court remain in effect. ( Signed by Mag. Judge Thomas B. McCoun III ) (smb) (Entered: 12/06/1999) |
| 12/06/1999 | | ENDORSED ORDER granting [90-1] motion for leave to travel to Maine from 12/17/99 - 1/10/00. ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) |

| | | |
|---|---|---|
| | | (Entered: 12/07/1999) |
| 12/07/1999 | 94 | ANSWER by USA as to James T. Kimball to [87-1] motion to Modify pre-trial release conditions (smb) (Entered: 12/08/1999) |
| 12/07/1999 | 95 | NOTICE OF HEARING: Motion hearing set for 10:00 1/7/00 as to: James Kimball, to modify condition of release, to compel, for sanctions Scheduled for Mag.Judge Thomas B. McCoun III (smb) (Entered: 12/08/1999) |
| 12/08/1999 | 96 | MOTION by James T. Kimball to compel production of discovery from the Government, and for sanctions Referred to Mag.Judge Thomas B. McCoun III (smb) (Entered: 12/09/1999) |
| 12/08/1999 | 97 | MOTION by James T. Kimball to compel the government to return, or provide, copies of all documents and articles seized during the search of Discovery Experimental &Development, Inc. on 7/2/99, and for sanctions Referred to Mag.Judge Thomas B. McCoun III (smb) (Entered: 12/09/1999) |
| 12/13/1999 | 99 | MOTION by James T. Kimball to dismiss indictment (smb) (Entered: 12/14/1999) |
| 12/14/1999 | 100 | MOTION by James T. Kimball to continue hearing scheduled on 1/7/00 Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 12/15/1999) |
| 12/16/1999 | 101 | MOTION by James T. Kimball to unseal grand jury proceedings, or in the alternative for the court to conduct an in camera of such proceedings (smb) (Entered: 12/17/1999) |
| 12/20/1999 | 102 | AMENDED NOTICE OF HEARING: Motion hearing, set for 9:30 1/11/00 as to: James Kimball, to modify condition of release, to compel, for sanctions Scheduled for Mag.Judge Thomas B. McCoun III (jlh) (Entered: 12/21/1999) |
| 12/21/1999 | 103 | MOTION with memorandum in support by USA as to James T. Kimball to strike [99-1] motion to dismiss indictment, [101-1] motion to unseal grand jury proceedings, [101-2] motion for the court to conduct an in camera of such proceedings (smb) (Entered: 12/22/1999) |
| 12/23/1999 | 104 | RESPONSE by James T. Kimball to [103-1] motion to strike [99-1] motion to dismiss indictment, [101-1] motion to unseal grand jury proceedings, [101-2] motion for the court to conduct an in camera of such proceedings (smb) (Entered: 12/27/1999) |
| 12/28/1999 | | ENDORSED ORDER granting [100-1] motion to continue hearing scheduled on 1/7/00 as to James T. Kimball (1). See amended notice of hearing. ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 12/29/1999) |
| 01/03/2000 | 105 | ORDER denying [103-1] motion to strike [99-1] motion to dismiss indictment, [101-1] motion to unseal grand jury proceedings, [101-2] motion for the court to conduct an in camera of such proceedings as to James T. Kimball (1). Response to motion reset to 1/13/00 for USA for [99-1] motion to dismiss indictment, reset to 1/13/00 for USA for [101-1] motion to unseal grand jury proceedings, reset to 1/13/00 for USA for [101-2] motion for the court to conduct an in camera of such proceedings ( Signed by Judge Richard A. Lazzara ) (smb) (Entered: 01/05/2000) |
| 01/04/2000 | 106 | MOTION by USA to extend time to 1/24/00 to file its response to defendant's Kimball's motion to dismiss indictment as to James T. Kimball (smb) (Entered: 01/05/2000) |
| 01/06/2000 | 107 | ORDER granting [106-1] motion to extend time to 1/24/00 to file its response to defendant's Kimball's motion to dismiss indictment as to James T. Kimball (1), Response to motion reset to 1/24/00 for USA for [99-1] motion to dismiss indictment, reset to 1/24/00 for USA for [101-1] motion to unseal grand jury proceedings, reset to 1/24/00 for USA for [101-2] motion for the court to conduct an in camera of such proceedings . ( Signed by Judge Richard A. Lazzara ) (smb) (Entered: 01/06/2000) |
| 01/06/2000 | 108 | ORDER denying [101-1] motion to unseal grand jury proceedings as to James T. Kimball (1), denying [101-2] motion for the court to conduct an in camera of such proceedings as to James T. Kimball (1). ( Signed by Judge Richard A. Lazzara ) (smb) (Entered: 01/07/2000) |

| | | |
|---|---|---|
| 01/06/2000 | | SEALED DOCUMENT S- 5 (smb) (Entered: 01/26/2000) |
| 01/06/2000 | | SEALED DOCUMENT S- 6 (smb) (Entered: 01/26/2000) |
| 01/06/2000 | | SEALED DOCUMENT S- 7 (smb) (Entered: 01/26/2000) |
| 01/07/2000 | 109 | ANSWER by USA as to James T. Kimball re: [97-1] motion to compel the government to return, or provide, copies of all documents and articles seized during the search of Discovery Experimental &Development, Inc. on 7/2/99, [97-2] motion for sanctions (smb) (Entered: 01/07/2000) |
| 01/12/2000 | 110 | NOTICE of conmpliance with discovery order by USA as to James T. Kimball. (smb) (Entered: 01/13/2000) |
| 01/12/2000 | 111 | ORDER granting in part, denying in part [83-1] joint motion to compel the Government to return, or provide, copies of all documents and articles seized during the search of Discovery Expermental &Development, Inc. on 7/2/99 as to James T. Kimball (1), granting in part, denying in part [83-2] joint motion for sanctions as to James T. Kimball. Denying [87-1] motion to Modify pre-trial release conditions as to James T. Kimball (1). ( Signed by Mag. Judge Thomas B. McCoun III ) (smb) (Entered: 01/13/2000) |
| 01/13/2000 | 112 | STATUS CONFERENCE held on 1/13/00 before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes. Estimated length of trial: 2 weeks. Oral motion by USA that the case be tried in May 2000 granted. Status conference set for 4/13/00 at 9:00 before Judge Richard A. Lazzara. Trial set for date certain 5/1/00 at 10:30 before Judge Richard A. Lazzara. Court Reporter: Virginia Jones (jnb) (Entered: 01/14/2000) |
| 01/13/2000 | | ORAL MOTION in open court by USA as to James T. Kimball, Gaylord Hughes that the case be tried in May 2000 (jnb) (Entered: 01/14/2000) |
| 01/13/2000 | | ORAL ORDER granting [0-0] oral motion that the case be tried in May 2000 as to James T. Kimball (1), Gaylord Hughes (2). Trial set for date certain 5/1/00 at 10:30 before Judge Richard A. Lazzara. ( Entered by Judge Richard A. Lazzara ) (jnb) (Entered: 01/14/2000) |
| 01/13/2000 | 113 | ORDER SETTING TRIAL, AND STATUS OF CASE CONFERENCE setting Status Conference for 9:00 4/13/00 for James T. Kimball, for Gaylord Hughes; Jury Trial for date certain for 10:30 5/1/00 for James T. Kimball, for Gaylord Hughes; Scheduled for Judge Richard A. Lazzara ( Signed by Judge Richard A. Lazzara ) (jnb) (Entered: 01/14/2000) |
| 01/24/2000 | 114 | RESPONSE by USA as to James T. Kimball in opposition to [99-1] motion to dismiss indictment. (smb) (Entered: 01/25/2000) |
| 01/26/2000 | 115 | MOTION by James T. Kimball for sanctions Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 01/26/2000) |
| 01/26/2000 | 116 | ORDER denying [99-1] motion to dismiss indictment as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) (smb) (Entered: 01/26/2000) |
| 01/26/2000 | | SEALED DOCUMENT S- 8 (smb) (Entered: 01/26/2000) |
| 01/26/2000 | | SEALED DOCUMENT S- 9 (smb) (Entered: 01/26/2000) |
| 01/26/2000 | | SEALED DOCUMENT S- 10 (smb) (Entered: 01/26/2000) |
| 01/26/2000 | | SEALED DOCUMENT S- 11 (smb) (Entered: 01/26/2000) |
| 01/31/2000 | 117 | MOTION by James T. Kimball for leave to file a reply to the government's opposition to defendant Kimball's motion to dismiss (smb) (Entered: 01/31/2000) |
| 01/31/2000 | 118 | MOTION by USA to protect dates from 2/7/00 through 2/11/00 as to James T. Kimball Referred to Mag.Judge Thomas B. McCoun III (smb) (Entered: 02/01/2000) |
| 01/31/2000 | 119 | RESPONSE by USA as to James T. Kimball re: [115-1] motion for sanctions (smb) (Entered: 02/01/2000) |

| | | |
|---|---|---|
| 02/01/2000 | 120 | ORDER denying [117-1] as moot motion for leave to file a reply to the government's opposition to defendant Kimball's motion to dismiss as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 02/01/2000) |
| 02/03/2000 | 121 | ORDER modifying conditions of release as to James T. Kimball. ( Signed by Mag. Judge Thomas B. McCoun III ) (smb) (Entered: 02/03/2000) |
| 02/04/2000 | 122 | ORDER that motions [96 and 97] are adopted by reference in its ruling on 1/12/00 [111-1]. Granting in part, denying in part [96-1] motion to compel production of discovery from the Government as to James T. Kimball (1), granting in part, denying in part [96-2] motion for sanctions as to James T. Kimball (1)granting in part, denying in part [97-1] motion to compel the government to return, or provide, copies of all documents and articles seized during the search of Discovery Experimental &Development, Inc. on 7/2/99 as to James T. Kimball (1), granting in part, denying in part [97-2] motion for sanctions as to James T. Kimball (1) ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 02/07/2000) |
| 02/04/2000 | 123 | NOTICE OF HEARING: Motion hearing set for 10:45 2/15/00 as to: James Kimball, regarding motion for sanctions; Scheduled for Mag.Judge Thomas B. McCoun III (smb) (Entered: 02/07/2000) |
| 02/07/2000 | | ENDORSED ORDER granting [118-1] motion to protect dates from 2/7/00 through 2/11/00 as to James T. Kimball (1) ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 02/08/2000) |
| 02/16/2000 | 124 | MOTION with memorandum in support by James T. Kimball to suppress evidence (smb) (Entered: 02/16/2000) |
| 02/17/2000 | 125 | MOTION HEARING held on 2/15/00 before Mag.Judge Thomas B. McCoun III as to James T. Kimball re: [115-1] motion for sanctions. Court Reporter: Dennis Miracle. Tape: 33/638-end, 34/1-end (smb) (Entered: 02/18/2000) |
| 02/22/2000 | 126 | MOTION with memorandum in support by James T. Kimball for defendant, James Kimball, to appear as co-counsel (smb) (Entered: 02/22/2000) |
| 02/22/2000 | 127 | MOTION with memorandum in support by USA as to James T. Kimball for reciprocal discovery Referred to Mag.Judge Thomas B. McCoun III (smb) (Entered: 02/22/2000) |
| 02/22/2000 | 128 | NOTICE regarding availablity of expert witness by USA as to James T. Kimball (smb) (Entered: 02/22/2000) |
| 02/22/2000 | 129 | RENEWED MOTION with memorandum in support by USA as to James T. Kimball (renewed) to enforce Rule 17(c) subpoena for fingerprints of non-parties Referred to Mag.Judge Thomas B. McCoun III (smb) (Entered: 02/22/2000) |
| 02/24/2000 | 130 | ORDER referring [126-1] motion for defendant, James Kimball, to appear as co-counsel to Mag. Judge Thomas B. McCoun III for disposition. The Court requests that Judge McCoun dispose of this motion as expediously as possible. ( Signed by Judge Richard A. Lazzara ) (smb) (Entered: 02/25/2000) |
| 02/24/2000 | 131 | ORDER denying [115-1] motion for sanctions as to James T. Kimball (1). The court defers ruling on defendant's request for attorney's fees in relation to this motion. See order for further details. ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 02/25/2000) |
| 03/01/2000 | 132 | RESPONSE by USA as to James T. Kimball in opposition to [126-1] motion for defendant, James Kimball, to appear as co-counsel. (smb) (Entered: 03/02/2000) |
| 03/01/2000 | 133 | ORDER denying as moot [127-1] motion for reciprocal discovery as to James T. Kimball (1). ( Signed by Mag. Judge Thomas B. McCoun III ) (smb) (Entered: 03/02/2000) |
| 03/01/2000 | 134 | RESPONSE by USA as to James T. Kimball in opposition to motion to appear as co-counsel (motion not filed in this case – counsel has indicated it is on its way) (src) (Entered: 03/02/2000) |

| | | |
|---|---|---|
| 03/02/2000 | 135 | RESPONSE by James T. Kimball to [129-1] renewed motion to enforce Rule 17(c) subpoena for fingerprints of non-parties. (smb) (Entered: 03/02/2000) |
| 03/08/2000 | 136 | RESPONSE by USA as to James T. Kimball re: [124-1] motion to suppress evidence (smb) (Entered: 03/09/2000) |
| 03/08/2000 | 137 | REPLY by USA as to James T. Kimball re: [129-1] renewed motion to enforce Rule 17(c) subpoena for fingerprints of non-parties. (smb) (Entered: 03/09/2000) |
| 03/09/2000 | 138 | MOTION by James T. Kimball for reconsideration of [131-1] order , and for clarification [131-1] order Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 03/10/2000) |
| 03/09/2000 | 139 | MOTION by James T. Kimball to extend time within which to seek district court review of Magistrate Judge's order (smb) (Entered: 03/10/2000) |
| 03/09/2000 | 140 | TRANSCRIPT filed as to James T. Kimball for hearing regarding motion for sanctions held 2/15/00 before Judge Thomas B. McCoun, III. (Transcript filed separately.) (smb) (Entered: 03/10/2000) |
| 03/10/2000 | 141 | NOTICE OF HEARING: Motion hearing regarding motion to suppress set for 11:00 3/31/00 as to: James Kimball; Scheduled for Judge Richard A. Lazzara (smb) (Entered: 03/10/2000) |
| 03/13/2000 | 142 | ORDER granting [139-1] motion to extend time within which to seek district court review of Magistrate Judge's order as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) (smb) (Entered: 03/13/2000) |
| 03/15/2000 | 144 | NOTICE of correction to citation in government's motion to supress evidence (DHL package) by USA as to James T. Kimball, Gaylord Hughes. (smb) (Entered: 03/15/2000) |
| 03/16/2000 | 145 | ORDER [129-1] motion to enforce Rule 17(c) subpoena for fingerprints of non-parties taken s deferred pending the Government's service of the motion upon each of the non-parties as to James T. Kimball (1). The government shall likewise serve a copy of this order along with the motion. Each non-party shall have ten days from the date of service to respond. Thereafter, the court will address the merits of the motion. ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 03/17/2000) |
| 03/16/2000 | 146 | ORDER denying [126-1] motion for defendant, James Kimball, to appear as co-counsel as to James T. Kimball (1). ( Signed by Mag.Judge Thomas B. McCoun III ) (smb) (Entered: 03/17/2000) |
| 03/17/2000 | 147 | MOTION by James T. Kimball for leave to travel to Maine on 4/15/00 to 4/23/00 Referred to Mag.Judge Thomas B. McCoun III (smb) (Entered: 03/20/2000) |
| 03/20/2000 | 148 | RESPONSE by USA as to James T. Kimball in opposition to [138-1] motion for reconsideration of [131-1] order, [138-2] motion for clarification [131-1] order (smb) (Entered: 03/21/2000) |
| 03/20/2000 | 149 | SUPPLEMENTAL RESPONSE by USA as to James T. Kimball in opposition to [124-1] motion to suppress evidence. (smb) (Entered: 03/21/2000) |
| 03/23/2000 | 150 | MOTION by James T. Kimball for review of [146-1] order Referred to Mag.Judge Thomas B. McCoun III (smb) (Entered: 03/23/2000) |
| 03/27/2000 | 151 | ORDER granting [147-1] motion for leave to travel to Maine on 4/15/00 to 4/23/00 as to James T. Kimball (1). All conditions of release previously ordered by this court remain in effect. ( Signed by Mag.Judge Thomas B. McCoun III ) ctc (smb) (Entered: 03/28/2000) |
| 03/30/2000 | 152 | RESPONSE by James T. Kimball to non-parties DHL Airways, Inc. and its employees motion to quash subpoenas (motion not filed with court). (smb) (Entered: 03/31/2000) |
| 03/31/2000 | 153 | EMERGENCY MOTION by DHL Airways, Inc. to quash subpoenas as to James T. Kimball, Gaylord Hughes (rjc) (Entered: 03/31/2000) |

| | | |
|---|---|---|
| 03/31/2000 | 154 | ORDER denying [124-1] motion to suppress evidence as to James T. Kimball (1) for reasons announced on the record at the hearing held 3/31/00 ( Signed by Judge Richard A. Lazzara ) ctc (src) (Entered: 03/31/2000) |
| 03/31/2000 | | ENDORSED ORDER denying [153-1] motion to quash subpoenas as to James T. Kimball (1), Gaylord Hughes (2) ( Signed by Judge Richard A. Lazzara ) (src) (Entered: 03/31/2000) |
| 03/31/2000 | 155 | MOTION HEARING held on 3/31/00 before Judge Richard A. Lazzara as to James T. Kimball re: [150-1] motion for review of [146-1] order; Court Reporter: Claudia Spangler-Fry (jlh) (Entered: 04/03/2000) |
| 03/31/2000 | | ORAL ORDER as to James T. Kimball denying [150-1] motion for review of [146-1] order as to James T. Kimball (1); denying as moot motion to quash subpoena; dening motion to suppress ( Entered by Judge Richard A. Lazzara ) (jlh) (Entered: 04/03/2000) |
| 03/31/2000 | 156 | EXHIBIT LIST by USA as to James T. Kimball (jlh) (Entered: 04/03/2000) |
| 03/31/2000 | 157 | ORDER denying [150-1] motion for review of [146-1] order for reasons announced on the record at the hearing held on 3/31/00. ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 04/03/2000) |
| 04/03/2000 | 158 | NOTIFICATION of placement of 1 folder of Government's motion hearing exhibits as to James T. Kimball into the Exhibits Room on 4/03/00. (sak) (Entered: 04/03/2000) |
| 04/03/2000 | 159 | SUMMARY of anticipated expert witness testimony by USA (smb) (Entered: 04/03/2000) |
| 04/07/2000 | 160 | RESPONSE by Mary Groomes re: [129-1] motion (renewed) to enforce Rule 17(c) subpoena for fingerprints of non-parties (smb) (Entered: 04/10/2000) |
| 04/07/2000 | 161 | RESPONSE by Joy Young re: [129-1] renewed motion to enforce Rule 17(c) subpoena for fingerprints of non-parties (smb) (Entered: 04/10/2000) |
| 04/07/2000 | | SEALED DOCUMENT S- 12 (smb) (Entered: 04/10/2000) |
| 04/07/2000 | | SEALED DOCUMENT S- 13 (smb) (Entered: 04/10/2000) |
| 04/07/2000 | | SEALED DOCUMENT S- 14 (smb) (Entered: 04/10/2000) |
| 04/07/2000 | | SEALED DOCUMENT S- 15 (smb) (Entered: 04/10/2000) |
| 04/07/2000 | | SEALED DOCUMENT S- 16 (smb) (Entered: 04/10/2000) |
| 04/07/2000 | | SEALED DOCUMENT S- 18 (smb) (Entered: 04/10/2000) |
| 04/07/2000 | | SEALED DOCUMENT S- 19 (smb) (Entered: 04/10/2000) |
| 04/07/2000 | 162 | MOTION by USA in limine to preclude the defendant from introducing evidence that deprenyl is a dietary supplement or nutrient as to James T. Kimball, Gaylord Hughes (smb) (Entered: 05/09/2000) |
| 04/12/2000 | 163 | MOTION with memorandum in support by James T. Kimball to dismiss indictment - presence of unauthorized person before Grand Jury (jlh) (Entered: 04/12/2000) |
| 04/12/2000 | 164 | MOTION by James T. Kimball appear pro se (jlh) (Entered: 04/12/2000) |
| 04/12/2000 | 165 | MOTION with memorandum in support by James T. Kimball to suppress evidence obtained from searches executed on 5/12/93, 7/1/94, 5/6,7,8/98 and 7/2/99 (jlh) (Entered: 04/12/2000) |
| 04/13/2000 | 166 | STATUS CONFERENCE held on 4/13/00 before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes. Case to remain on 5/00 calendar - 1st case. Court Reporter: Claudia Spangler-Fry (src) (Entered: 04/13/2000) |
| 04/13/2000 | 167 | NOTICE OF HEARING: Motion hearing set for 9:00 4/27/00 as to James Kimball re: (165-1), (164-1), (163-1) (162-1) Scheduled for Judge Richard A. Lazzara ( Signed by Deputy Clerk ) ctc (src) (Entered: 04/13/2000) |

| | | |
|---|---|---|
| 04/13/2000 | 168 | TRIAL CALENDAR for trial term commecing 5/1/00 scheduled for Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes. (Signed by Judge Richard A. Lazzara) (ag) (Entered: 04/13/2000) |
| 04/13/2000 | 169 | NOTICE of unindicted coconspirators by USA as to James T. Kimball, Gaylord Hughes (ag) (Entered: 04/14/2000) |
| 04/13/2000 | 170 | MOTION with memorandum in support by USA as to James T. Kimball, Gaylord Hughes in limine to preclude defendants from offering evidence or argument to the effect that FDA has declined or otherwise failed administratively to classify defendants' product as a drug or a prescription drug (ag) (Entered: 04/14/2000) |
| 04/14/2000 | 171 | SUPPLEMENTAL MOTION by James T. Kimball (Supplement) to dismiss indictment due to the presence of unauthorized person before Grand Jury referring to: [163-1] motion to dismiss indictment -- presence of unauthorized person before Grand Jury (sak) (Entered: 04/17/2000) |
| 04/14/2000 | 172 | NOTICE OF INTENT to offer evidence of uncharged Deprenyl distributors by USA as to James T. Kimball and Gaylord Hughes. (sak) (Entered: 04/17/2000) |
| 04/17/2000 | 173 | SUPPLEMENTAL NOTICE of unindicted co-conspirators by USA as to James T. Kimball and Gaylord Hughes. (sak) (Entered: 04/18/2000) |
| 04/17/2000 | 174 | MOTION with memorandum in support by James T. Kimball to dismiss indictment or, alternatively, in limine regarding confidential informant (sak) (Entered: 04/18/2000) |
| 04/17/2000 | 175 | MOTION by James T. Kimball to dismiss indictment or, alternatively, in limine as to health related claims (sak) (Entered: 04/18/2000) |
| 04/17/2000 | 176 | MOTION by James T. Kimball to dismiss indictment for outrageous Government conduct (sak) (Entered: 04/18/2000) |
| 04/17/2000 | 177 | MOTION by James T. Kimball in limine as to statute of limitations (sak) (Entered: 04/18/2000) |
| 04/17/2000 | 178 | MOTION by James T. Kimball for leave to supplement pretrial motions filed on 4/17/00 (sak) (Entered: 04/18/2000) |
| 04/17/2000 | 179 | ORDER as to James T. Kimball (1) granting in part, denying in part [129-1] renewed motion to enforce Rule 17(c) subpoena for fingerprints of non-parties. The motion is granted to the extent that Josephine Kimball and Mary Groomes are directed to provide finger and hand print exemplars at a mutually convenient time and place within 10 days. The motion is denied insofar as the Government seeks to obtain the prints of Joy Young. In no way will this order interfere with the pending start of the trial in this cause. Signed by Mag.Judge Thomas B. McCoun III ) ctc (sak) (Entered: 04/18/2000) |
| 04/17/2000 | 180 | ORDER as to James T. Kimball (1) denying as unwarranted [138-1] motion for reconsideration of [131-1] order and denying as unnecessary [138-2] motion for clarification of [131-1] order. ( Signed by Mag.Judge Thomas B. McCoun III ) ctc (sak) (Entered: 04/18/2000) |
| 04/19/2000 | 181 | MOTION by Mary Groomes for reconsideration of [179-1] order enforcing the Government's subpoena for finger and palm prints as to James T. Kimball and Gaylord Hughes. Referred to Mag.Judge Thomas B. McCoun III. (sak) (Entered: 04/20/2000) |
| 04/19/2000 | 182 | ORDER granting [178-1] motion for leave to supplement pretrial motions filed on 4/17/00 as to James T. Kimball (1). ( Signed by Judge Richard A. Lazzara ) ctc (sak) (Entered: 04/20/2000) |
| 04/19/2000 | 183 | MOTION by Jo Kimball to stay order to grant Government's renewed motion to enforce Rule 17(c) subpoena for fingerprints of non-parties and incorporated memorandum of law (Doc. 129) as to James T. Kimball and Gaylord Hughes. Referred to Mag.Judge Thomas B. McCoun III. (sak) (Entered: 04/20/2000) |
| 04/19/2000 | 184 | RESPONSE as to James T. Kimball by USA re: [165-1] motion to suppress evidence obtained from searches executed on 5/12/93, 7/1/94, 5/6,7,8/98 and |

| | | |
|---|---|---|
| | | 7/2/99. (sak) (Entered: 04/20/2000) |
| 04/20/2000 | 185 | ANSWER by USA to [174-1] motion to dismiss indictment, [174-2] motion in limine regarding confidential informant and incorporated memorandum of law (dfd) (Entered: 04/21/2000) |
| 04/20/2000 | 186 | RESPONSE as to James T. Kimball by USA re: [163-1] motion to dismiss indictment – presence of unauthorized person before Grand Jury (wlb) (Entered: 04/21/2000) |
| 04/24/2000 | 187 | MOTION by James T. Kimball for reconsideration of [131-1] magistrate order dated 2/23/00 denying motion for sanctions (jlh) (Entered: 04/24/2000) |
| 04/24/2000 | | ENDORSED ORDER denying [181-1] motion for reconsideration of [179-1] order enforcing the Government's subpoena for finger and palm prints ( Signed by Mag.Judge Thomas B. McCoun III ) (jlh) (Entered: 04/25/2000) |
| 04/24/2000 | 191 | OPPOSITION as to James T. Kimball by USA to [175-1] motion to dismiss indictment (smb) (Entered: 04/25/2000) |
| 04/24/2000 | 192 | NOTICE of intent to produce witnesses by USA as to James T. Kimball, Gaylord Hughes. (smb) (Entered: 04/25/2000) |
| 04/24/2000 | 188 | RESPONSE by James T. Kimball re: [162-1] motion in limine to preclude the defendant from introducing evidence that deprenyl is a dietary supplement or nutrient (smb) (Entered: 05/09/2000) |
| 04/24/2000 | 189 | RESPONSE by James T Kimball re: [170-1] motion in limine to preclude defendants from offering evidence or argument to the effect that FDA has declined or otherwise failed administratively to classify defendants' product as a drug or a prescription drug (smb) (Entered: 05/09/2000) |
| 04/25/2000 | 193 | ORDER granting [183-1] motion to stay order to grant Government's renewed motion to enforce Rule 17(c) subpoena for fingerprints of non-parties as to James T. Kimball (1), Gaylord Hughes (2). This court's prior order granting the government's renewed motion is hereby stayed insofar as it relates to Ms. Kimball may file a response to the government's renewed motion no later than 4/28/00 for consideration by the court. ( Signed by Mag.Judge Thomas B. McCoun III ) ctc (smb) (Entered: 04/26/2000) |
| 04/26/2000 | 194 | MOTION by Somerset Pharm. to quash subpoena as to James T. Kimball, Gaylord Hughes; Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 04/26/2000) |
| 04/26/2000 | 195 | MOTION by Somerset Pharm. for emergency hearing on [194-1] motion to quash subpoena as to James T. Kimball, Gaylord Hughes Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 04/26/2000) |
| 04/26/2000 | 196 | MOTION with memorandum in support by USA as to James T. Kimball to quash defendant Kimball's rule 17 subpoenas Referred to Mag. Judge Thomas B. McCoun III (smb) (Entered: 04/26/2000) |
| 04/27/2000 | 198 | PROPOSED jury verdict form filed by James T. Kimball (smb) (Entered: 04/27/2000) |
| 04/27/2000 | 199 | PROPOSED VOIR DIRE questions by James T. Kimball (smb) (Entered: 04/27/2000) |
| 04/27/2000 | 200 | PROPOSED JURY INSTRUCTIONS by James T. Kimball (smb) (Entered: 04/27/2000) |
| 04/27/2000 | 201 | PROPOSED JURY INSTRUCTIONS by USA as to James T. Kimball, Gaylord Hughes (smb) (Entered: 04/28/2000) |
| 04/28/2000 | 203 | EXHIBIT LIST by James T. Kimball, Gaylord Hughes regarding motion hearing held on 4/27/00. (smb) (Entered: 04/28/2000) |
| 04/28/2000 | 204 | EXHIBIT LIST by USA as to James T. Kimball, Gaylord Hughes regarding motion hearing on 4/27/00. (smb) (Entered: 04/28/2000) |

| 04/28/2000 | 205 | COURT'S EXHIBIT LIST (smb) (Entered: 04/28/2000) |
|---|---|---|
| 04/28/2000 | 207 | RESPONSE by Jo Kimball re: [129-1] renewed motion to enforce Rule 17(c) subpoena for fingerprints of non-parties (smb) Modified on 05/02/2000 (Entered: 05/01/2000) |
| 04/28/2000 | 202 | MOTION HEARING held on 4/27/00 before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes re: [196-1] motion to quash defendant Kimball's rule 17 subpoenas, [195-1] motion for emergency hearing on [194-1] motion to quash subpoena, [194-1] motion to quash subpoena, [187-1] motion for reconsideration of [131-1] magistrate order dated 2/23/00 denying motion for sanctions, [177-1] motion in limine as to statute of limitations, [176-1] motion to dismiss indictment for outrageous Government conduct, [175-1] motion to dismiss indictment, [175-2] motion in limine as to health related claims Court Reporter: Claudia Spangler-Fry (smb) (Entered: 05/09/2000) |
| 04/28/2000 | 202 | MOTION HEARING held on 4/27/00 before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes re: [174-1] motion to dismiss indictment, [174-2] motion in limine regarding confidential informant, [171-1] supplemental motion (Supplement) to dismiss indictment due to the presence of unauthorized person before Grand Jury, [170-1] motion in limine to preclude defendants from offering evidence or argument to the effect that FDA has declined or otherwise failed administratively to classify defendants' product as a drug or a prescription drug, [165-1] motion to suppress evidence obtained from searches executed on 5/12/93, 7/1/94, 5/6,7,8/98 and 7/2/99, [164-1] motion appear pro se, [163-1] motion to dismiss indictment - presence of unauthorized person before Grand Jury, [162-1] motion in limine to preclude the defendant from introducing evidence that deprenyl is a dietary supplement or nutrient Court Reporter: Claudia Spangler-Fry (smb) (Entered: 05/09/2000) |
| 04/28/2000 | 206 | ORDER denying [196-1] motion to quash defendant Kimball's rule 17 subpoenas as to James T. Kimball (1), granting [195-1] motion for emergency hearing on [194-1] motion to quash subpoena as to James T. Kimball (1), Gaylord Hughes (2), granting [194-1] motion to quash subpoena as to James T. Kimball (1), Gaylord Hughes (2), denying [187-1] motion for reconsideration of [131-1] magistrate order dated 2/23/00 denying motion for sanctions as to James T. Kimball (1), denying without prejudice [177-1] motion in limine as to statute of limitations as to James T. Kimball (1), denying [176-1] motion to dismiss indictment for outrageous Government conduct as to James T. Kimball (1), denying [175-1] motion to dismiss indictment as to James T. Kimball (1), denying [175-2] motion in limine as to health related claims as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 05/09/2000) |
| 04/28/2000 | 206 | ORDER denying [174-1] motion to dismiss indictment as to James T. Kimball (1), denying [174-2] motion in limine regarding confidential informant as to James T. Kimball (1), denying [171-1] supplemental motion (Supplement) to dismiss indictment due to the presence of unauthorized person before Grand Jury as to James T. Kimball (1), denying without prejudice [170-1] motion in limine to preclude defendants from offering evidence or argument to the effect that FDA has declined or otherwise failed administratively to classify defendants' product as a drug or a prescription drug as to James T. Kimball (1), Gaylord Hughes (2), denying [165-1] motion to suppress evidence obtained from searches executed on 5/12/93, 7/1/94, 5/6,7,8/98 and 7/2/99 as to James T. Kimball (1), denying [164-1] motion appear pro se as to James T. Kimball (1), denying [163-1] motion to dismiss indictment - presence of unauthorized person before Grand Jury as to James T. Kimball (1), denying without prejudice [162-1] motion in limine to preclude the defendant from introducing evidence that deprenyl is a dietary supplement or nutrient as to James T. Kimball (1), Gaylord Hughes (2) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 05/09/2000) |
| 05/01/2000 | 208 | JURY TRIAL before Judge Richard A. Lazzara for James T. Kimball (1) count(s) 1, 2-7, 8, Gaylord Hughes (2) count(s) 1 held on 5/1/00. Jury empaneled and sworn. Trial to resume 5/2/00. Court Reporter: Claudia Spangler-Fry (smb) (Entered: 05/02/2000) |

| 05/01/2000 | 209 | ORDER granting motion pursuant to Rule 17(c) for production of documentary evidence and objects as to James T. Kimball, Gaylord Hughes. Documents and objects shal be produced at the Chambers of Richard A. Lazzara no later than 5/2/00 at 4:30 p.m. ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 05/02/2000) |
|---|---|---|
| 05/01/2000 | 210 | EXHIBIT LIST (trial) by James T. Kimball (smb) (Entered: 05/02/2000) |
| 05/01/2000 | 211 | WITNESS LIST (trial) by James T. Kimball (smb) (Entered: 05/02/2000) |
| 05/01/2000 | 212 | MOTION (Request) by James T. Kimball to supplement jury instructions ; proposed supplement attached. (smb) (Entered: 05/02/2000) |
| 05/01/2000 | 213 | WITNESS LIST (trial) by USA as to James T. Kimball, Gaylord Hughes (smb) (Entered: 05/02/2000) |
| 05/01/2000 | 214 | EXHIBIT LIST (trial) by USA as to James T. Kimball, Gaylord Hughes (smb) (Entered: 05/02/2000) |
| 05/01/2000 | 215 | PROPOSED VOIR DIRE questions by USA as to James T. Kimball, Gaylord Hughes. (smb) (Entered: 05/02/2000) |
| 05/02/2000 | 216 | MOTION by James T. Kimball to dismiss indictment (filed pro se) (smb) (Entered: 05/03/2000) |
| 05/02/2000 | 217 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes held on 5/2/00. Court Reporter: Claudia Fry-Spangler (smb) (Entered: 05/03/2000) |
| 05/02/2000 |  | ORAL ORDER denying [216-1] motion to dismiss indictment as to James T. Kimball (1) ( Entered by Judge Richard A. Lazzara ) (smb) (Entered: 05/03/2000) |
| 05/02/2000 | 218 | ORDER directing compliance with Rule 17(c) subpoenas for fingerprint and palm impressions. Josephine Kimball and Mary Groomes are to report to FDLE between the hours of 9:00 and 4:00 no later than 5/4/00. ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 05/03/2000) |
| 05/03/2000 | 219 | EMERGENCY MOTION by Jo Kimball (emergency) to stay Judge Lazzara's order directing compliance of Rule 17C subpoena for fingerprints and palm print impressions (smb) (Entered: 05/03/2000) |
| 05/03/2000 | 221 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes held on 5/3/00. Court Reporter: Claudia Fry-Spangler (smb) (Entered: 05/04/2000) |
| 05/04/2000 | 222 | ORDER denying [219-1] emergency motion to stay Judge Lazzara's order directing compliance of Rule 17C subpoena for fingerprints and palm print impressions as to James T. Kimball (1), Gaylord Hughes (2) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 05/05/2000) |
| 05/04/2000 | 223 | ORDER denying [220-1] emergency motion for reconsideration of [218-1] order as to Gaylord Hughes (2) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 05/05/2000) |
| 05/04/2000 | 224 | ORDER granting [212-1] motion to supplement jury instructions as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 05/05/2000) |
| 05/04/2000 | 225 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes held on 5/4/00. Court Reporter: Claudia Spangler-Fry (smb) (Entered: 05/05/2000) |
| 05/04/2000 | 226 | COURT'S EXHIBIT LIST as to James T. Kimball, Gaylord Hughes (smb) (Entered: 05/05/2000) |
| 05/05/2000 | 227 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes held on 5/5/00. Court Reporter: Claudia Spangler-Fry (smb) (Entered: 05/05/2000) |

| | | |
|---|---|---|
| 05/08/2000 | 228 | AMENDED WITNESS LIST by James T. Kimball (rjc) (Entered: 05/08/2000) |
| 05/08/2000 | 229 | SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS by James T. Kimball (rjc) (Entered: 05/08/2000) |
| 05/08/2000 | 230 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes resumed on 5/8/00. Governments case continues. Court recessed to resume on 5/9/00 at 9:00 a.m. Court Reporter: Dennis Miracle (rjc) (Entered: 05/09/2000) |
| 05/09/2000 | 231 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes resumed on 5/9/00. Government's case continues. Court recessed to resume 5/10/00 at 9:30 a.m. Court Reporter: Claudia Spangler-Fry (rjc) (Entered: 05/10/2000) |
| 05/10/2000 | 232 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes resumed on 5/10/00. Government's case continues. Court recessed to resume 5/11/00 at 10:00 a.m. Court Reporter: Claudia Spangler-Fry (rjc) (Entered: 05/11/2000) |
| 05/11/2000 | 233 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes resumed on 5/11/00. Government's case continues. Recess to resume 5/15/00 at 9:00 a.m. Court Reporter: Claudia Spangler-Fry (rjc) (Entered: 05/12/2000) |
| 05/15/2000 | 234 | AMENDED EXHIBIT LIST by James T. Kimball (rjc) (Entered: 05/15/2000) |
| 05/15/2000 | 235 | SECOND AMENDED WITNESS LIST by James T. Kimball (rjc) (Entered: 05/15/2000) |
| 05/15/2000 | 236 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes resumed on 5/15/00. Government rests. Defendants orally move for judgment of acquittal. Court orally denies. Defendant Kimball's case begins. Court recessed to resume 5/16/00 at 9:00 a.m. Court Reporter: Claudia Spangler-Fry (rjc) (Entered: 05/16/2000) |
| 05/15/2000 | | ORAL MOTION in open court by James T. Kimball, Gaylord Hughes for judgment of acquittal (rjc) (Entered: 05/16/2000) |
| 05/16/2000 | | ORAL ORDER as to James T. Kimball, Gaylord Hughes denying [0-0] oral motion for judgment of acquittal as to James T. Kimball (1), Gaylord Hughes (2) ( Entered by Judge Richard A. Lazzara ) (rjc) (Entered: 05/16/2000) |
| 05/16/2000 | 237 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes resumed on 5/16/00. Defendant Kimball's case continues. Court recessed to resume 5/17/00 at 9:00 a.m. Court Reporter: Claudia Spangler-Fry (rjc) (Entered: 05/17/2000) |
| 05/17/2000 | 238 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes resumed on 5/17/00. James Wardell begins representation of Mr. Kimball. Defendant Kimball's case continues. Preliminary charge conference held. court recessed to resume 5/18/00 at 9:00 a.m. Court Reporter: Claudia Spangler-Fry (rjc) (Entered: 05/18/2000) |
| 05/18/2000 | 240 | REVISED PROPOSED JURY INSTRUCTIONS by USA as to James T. Kimball, Gaylord Hughes (rjc) (Entered: 05/18/2000) |
| 05/18/2000 | 241 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes resumed on 5/18/00. Defendants rest. Government's rebuttal held. Court recessed to resume 5/19/00 at 9:00 for jury charge conference. Court Reporter: Claudia Spangler-Fry (rjc) (Entered: 05/19/2000) |
| 05/19/2000 | 242 | SECOND REVISED PROPOSED JURY INSTRUCTIONS by USA as to James T. Kimball, Gaylord Hughes (rjc) (Entered: 05/19/2000) |
| 05/19/2000 | 243 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes resumed on 5/19/00. Jury charge conference held. Court recessed to resume 5/22/00 at 1:30 p.m. Court Reporter: Claudia Spangler-Fry (rjc) Modified on 05/23/2000 (Entered: 05/19/2000) |