| | | |
|---|---|---|
| 05/22/2000 | 244 | EXHIBIT SUBSTITUTION notice as to James T. Kimball, Gaylord Hughes. Listed exhibit numbers have been substituted in whole or in part by pictures: SP1, SP2, GJ4, GJ5A, TB6, TB7, JL1A-E, DO5B, DO6B, DO9B, SM3C, DE1, DE2, RM1, RM12, RM26 and RM27. (rjc) (Entered: 05/22/2000) |
| 05/22/2000 | 245 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes resumed on 5/22/00. Closing arguments of Government and defendant, Kimball. Court recessed to resume 5/23/00 at 9:00 a.m. Court Reporter: Claudia Spangler-Fry (rjc) (Entered: 05/23/2000) |
| 05/23/2000 | 246 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes resumed on 5/23/00. Defendant Hughes closing and Government rebuttal closing. Instructions to the jury. Jury retired to deliberate. Recessed to return 5/24/00 at 9:00 a.m. Court Reporter: Claudia Spangler-Fry (rjc) (Entered: 05/24/2000) |
| 05/24/2000 | 247 | JURY TRIAL before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes resumed on 5/24/00. Court convenes for jury verdict. James Kimball - Guilty on all counts. Gaylord Hughes guilty on lesser included offense. Court adjudicates defendants guilty, refers case to Probation for PSR. Defendants allowed to remain on bond. Sentencing for Hughes set for 8/25/00 at 9:00. Sentencing for Kimball set for 8/25/00 at 9:30. Court recessed. Court Reporter: Claudia Spangler-Fry (rjc) (Entered: 05/24/2000) |
| 05/24/2000 | 248 | JURY VERDICT of guilty: James T. Kimball (1) count(s) 1, 2-7, 8 (rjc) (Entered: 05/24/2000) |
| 05/24/2000 | 249 | COURT'S JURY INSTRUCTIONS as to James T. Kimball, Gaylord Hughes (rjc) (Entered: 05/25/2000) |
| 05/25/2000 | 250 | NOTIFICATION of placement of 2 boxes of Government and Defendants' exhibits as to James T. Kimball and Gaylord Hughes into the Exhibit Room on 5/25/00. (sak) (Entered: 05/30/2000) |
| 05/25/2000 | 252 | ORDER permitting withdrawal of government's trial exhibits for return to Pasco County Circuit Court as to James T. Kimball, Gaylord Hughes. ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 05/30/2000) |
| 05/25/2000 | 254 | NOTICE OF HEARING: set sentencing for 9:30 8/25/00 for James T. Kimball scheduled for Judge Richard A. Lazzara ( Signed by Deputy Clerk ) ctc (smb) (Entered: 05/30/2000) |
| 05/31/2000 | 255 | MOTION by James T. Kimball for judgment of acquittal (smb) (Entered: 06/01/2000) |
| 05/31/2000 | 256 | UNOPPOSED MOTION by USA (unopposed) to reschedule sentencing date as to James T. Kimball, Gaylord Hughes (smb) (Entered: 06/01/2000) |
| 05/31/2000 | 257 | UNOPPOSED STIPULATED MOTION with memorandum in support by James T. Kimball (unopposed stipulated) to substitute attorney Elliott Dunn in place of James Wardell (smb) Modified on 06/05/2000 (Entered: 06/01/2000) |
| 06/02/2000 | 258 | RESPONSE by James T. Kimball re: [256-1] unopposed motion to reschedule sentencing date (smb) (Entered: 06/02/2000) |
| 06/02/2000 | 259 | ORDER granting [256-1] unopposed motion to reschedule sentencing date, reset sentencing for 10:00 9/15/00 for James T. Kimball scheduled for Judge Richard A. Lazzara ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 06/05/2000) |
| 06/02/2000 | 260 | ORDER denying [255-1] motion for judgment of acquittal as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 06/05/2000) |
| 06/02/2000 | 261 | ORDER granting [257-1] unopposed stipulated motion to substitute attorney Elliott Dunn in place of James Wardell; terminated attorney James A. Wardell for James T. Kimball. ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 06/05/2000) |
| 06/05/2000 | 262 | UNOPPOSED MOTION by James T. Kimball (unopposed) for leave to travel to Maine on 6/9/00 through 7/2/00 (smb) (Entered: 06/06/2000) |

| | | |
|---|---|---|
| 06/06/2000 | 263 | MOTION by James T. Kimball for a new trial (smb) (Entered: 06/07/2000) |
| 06/09/2000 | 264 | MOTION by James T. Kimball to continue hearing set for 6/14/00 at 10:00 (smb) (Entered: 06/09/2000) |
| 06/12/2000 | 265 | ORDER granting [264-1] motion to continue hearing set for 6/14/00 at 10:00 as to James T. Kimball (1). The hearing is hereby rescheduled for 6/30/00 at 1:30. ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 06/13/2000) |
| 06/12/2000 | 266 | ORDER denying [263-1] motion for a new trial as to James T. Kimball (1). ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 06/13/2000) |
| 06/15/2000 | 267 | ANSWER as to James T. Kimball by USA to [263-1] motion for a new trial. (smb) (Entered: 06/16/2000) |
| 06/29/2000 | 270 | TRANSCRIPT as to James T. Kimball, Gaylord Hughes of jury trial (testimony of Robin Highswander) held on 5/8/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 06/29/2000) |
| 07/10/2000 | 271 | MOTION by James T. Kimball for court appointed counsel , for financial assistance , to continue sentencing date (filed under separate cover) (jnb) (Entered: 07/10/2000) |
| 07/11/2000 | 272 | MOTION by James T. Kimball to extend time in which to file motions for acquittal (smb) (Entered: 07/12/2000) |
| 07/11/2000 | 273 | ORDER denying without prejudice [271-1] motion for court appointed counsel as to James T. Kimball (1), denying without prejudice [271-2] motion for financial assistance as to James T. Kimball (1), denying without prejudice [271-3] motion to continue sentencing date as to James T. Kimball (1). Motion denied without prejudice to being refiled by the defendant's attorney of record. ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 07/12/2000) |
| 07/13/2000 | 274 | ORDER denying [272-1] motion to extend time in which to file motions for acquittal as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 07/13/2000) |
| 07/18/2000 | 275 | MOTION by James T. Kimball for R. Elliott Dunn, Jr. to withdraw as attorney (smb) (Entered: 07/19/2000) |
| 07/18/2000 | 276 | RENEWED MOTION by James T. Kimball (renewed) for appointment of counsel , (renewed) for financial assistance , and (renewed) to continue sentencing date (smb) (Entered: 07/19/2000) |
| 07/18/2000 | 277 | OPPOSITION by USA as to James T. Kimball to [271-1] motion for court appointed counsel, [271-2] motion for financial assistance, [271-3] motion to continue sentencing date (smb) (Entered: 07/19/2000) |
| 07/20/2000 | 278 | ORDER denying [275-1] motion for R. Elliott Dunn, Jr. to withdraw as attorney as to James T. Kimball (1); denying [276-1] renewed motion for appointment of counsel as to James T. Kimball (1), denying [276-2] renewed motion for financial assistance as to James T. Kimball (1), denying [276-3] renewed motion to continue sentencing date as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 07/20/2000) |
| 07/28/2000 | 279 | NOTICE of change of telephone number for attorney R. Elliott Dunn, Jr., counsel for James T. Kimball (ag) (Entered: 07/31/2000) |
| 07/31/2000 | 280 | MOTION by James T. Kimball to travel 08/12/00 – 09/11/00 referred to Judge Richard A. Lazzara (crb) (Entered: 08/01/2000) |
| 08/01/2000 | 281 | RESPONSE as to James T. Kimball by USA re: [280-1] motion to travel 08/12/00 – 09/11/00 (jlh) (Entered: 08/02/2000) |
| 08/02/2000 | 282 | MOTION by USA to withdraw [281-1] response to motion to travel as to James T. Kimball (rjc) (Entered: 08/03/2000) |
| 08/02/2000 | 282 | MEMORANDUM as to James T. Kimball by USA in opposition to [280-1] motion to travel 08/12/00 – 09/11/00 (rjc) (Entered: 08/03/2000) |

| | | |
|---|---|---|
| 08/08/2000 | 283 | SUPPLEMENT TO MOTION by James T. Kimball (supplement) to dismiss for outrageous government conduct referring to: [216-1] motion to dismiss indictment (smb) (Entered: 08/08/2000) |
| 08/09/2000 | 284 | ORDER denying [283-1] supplemental motion to dismiss for outrageous government conduct as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 08/10/2000) |
| 08/10/2000 | 285 | MOTION HEARING held on 8/10/00 before Judge Richard A. Lazzara as to James T. Kimball re: [282-1] motion to withdraw [281-1] response to motion to travel, [280-1] motion to travel 08/12/00 - 09/11/00. Court grants motion to travel for 8/12/00 to 8/27/00 only. Court grants the motion to withdraw response. Orders to follow. Court Reporter: Claudia Spangler-Fry (smb) (Entered: 08/10/2000) |
| 08/10/2000 | | ENDORSED ORDER granting [282-1] motion to withdraw [281-1] response to motion to travel as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 08/10/2000) |
| 08/10/2000 | 286 | ORDER granting [280-1] motion to travel 08/12/00 - 09/11/00 as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 08/11/2000) |
| 08/11/2000 | 287 | NOTICE by USA of unavailability of counsel as to James T. Kimball, Gaylord Hughes from 8/21/00 to 9/8/00. (smb) (Entered: 08/14/2000) |
| 08/17/2000 | | SEALED DOCUMENT S- 20 (smb) (Entered: 08/17/2000) |
| 08/17/2000 | | SEALED DOCUMENT S- 21 (smb) (Entered: 08/17/2000) |
| 08/17/2000 | | SEALED DOCUMENT S- 22 (smb) (Entered: 08/17/2000) |
| 08/17/2000 | 288 | ORDER that the transcript of proceedings before Grand Jury 98-2-24 be unsealed for use in connection with sentencing proceedings in the case as to James T. Kimball. Copies of the foregoing pages are attached to this order and incorporated by reference. ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 08/17/2000) |
| 08/23/2000 | 289 | EMERGENCY MOTION by James T. Kimball (emergency) to set aside [288-1] order to disclose grand jury testimony (smb) (Entered: 08/23/2000) |
| 08/23/2000 | | SEALED DOCUMENT S- 23 (smb) (Entered: 08/24/2000) |
| 08/23/2000 | | SEALED DOCUMENT S- 24 (smb) (Entered: 08/24/2000) |
| 08/23/2000 | | SEALED DOCUMENT S- 25 (smb) (Entered: 08/24/2000) |
| 08/23/2000 | 290 | ORDER denying [289-1] emergency motion to set aside [288-1] order to disclose grand jury testimony as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (smb) (Entered: 08/24/2000) |
| 08/25/2000 | 291 | TRANSCRIPT as to James T. Kimball, Gaylord Hughes of status conference held on 10/14/099 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 292 | TRANSCRIPT as to James T. Kimball, Gaylord Hughes of status conference held on 11/18/99 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 293 | TRANSCRIPT as to James T. Kimball, Gaylord Hughes of motion to supress proceedings held on 3/31/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 294 | TRANSCRIPT as to James T. Kimball, Gaylord Hughes of status conference held on 4/13/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 295 | TRANSCRIPT as to James T. Kimball, Gaylord Hughes of motion to supress proceedings held on 4/27/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |

| | | |
|---|---|---|
| 08/25/2000 | 296 | TRANSCRIPT (Volume 1) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/1/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 297 | TRANSCRIPT (Volume 2) as to James T. Kimball, Gaylord Hughes of trial proceedings on 5/2/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) Modified on 08/27/2000 (Entered: 08/27/2000) |
| 08/25/2000 | 298 | TRANSCRIPT (Volume 3) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/3/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) Modified on 08/27/2000 (Entered: 08/27/2000) |
| 08/25/2000 | 299 | TRANSCRIPT (Volume 3) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/4/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 300 | TRANSCRIPT (Volume 5) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/5/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 301 | TRANSCRIPT (Volume 7) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/9/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 302 | TRANSCRIPT (Volume 8) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/10/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 303 | TRANSCRIPT (Volume 9) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/11/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 304 | TRANSCRIPT (Volume 10) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/15/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) Modified on 08/27/2000 (Entered: 08/27/2000) |
| 08/25/2000 | 305 | TRANSCRIPT (Volume 11) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/16/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 306 | TRANSCRIPT (Volume 12) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/17/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 307 | TRANSCRIPT (Volume 13) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/18/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 308 | TRANSCRIPT (Volume 14) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/19/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 309 | TRANSCRIPT (Volume 15) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/22/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 310 | TRANSCRIPT (Volume 15) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/23/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/25/2000 | 311 | TRANSCRIPT (Volume 17) as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/24/00 before Judge Richard A. Lazzara. Transcript filed separately. (smb) (Entered: 08/27/2000) |
| 08/28/2000 | 312 | TRANSCRIPT as to James T. Kimball, Gaylord Hughes of Status of counsel, arraignment and motion to relocate held on 8/25/99 before Judge Thomas B. McCoun III. Transcript filed separately. (jlh) (Entered: 08/28/2000) |

| | | |
|---|---|---|
| 08/28/2000 | 313 | TRANSCRIPT as to James T. Kimball, Gaylord Hughes of trial proceedings held on 5/8/00 before Judge Richard A. Lazzara. Transcript filed separately. (jlh) (Entered: 08/28/2000) |
| 09/01/2000 | 314 | MOTION by James T. Kimball to continue sentencing set for 09/15/00 . (sak) (Entered: 09/05/2000) |
| 09/06/2000 | 319 | TRANSCRIPT as to James T. Kimball of arraignment hearing held on 09/07/99 before Magistrate Judge Thomas B. McCoun, III. (Transcript filed separately.) (sak) (Entered: 09/07/2000) |
| 09/06/2000 | 321 | ORDER denying without prejudice [314-1] motion to continue sentencing set for 09/15/00 as to James T. Kimball (1). Defendant may renew the motion in the event that the time available to review and object to the Presentence Report is insuffcient and will prejudice the Defendant. ( Signed by Judge Richard A. Lazzara ) ctc (sak) (Entered: 09/07/2000) |
| 09/06/2000 | 317 | TRANSCRIPT of motion hearings held on 10/05/99 before Magistrate Judge Thomas B. McCoun III as to James T. Kimball and Gaylord Hughes re: [352-1] appeal. Court Reporter: Virginia Jones, Montana Reporting. (Transcript filed separately.) (sak) Modified on 02/08/2001 (Entered: 02/08/2001) |
| 09/06/2000 | 318 | TRANSCRIPT of status conference proceedings held on 01/13/00 before Judge Richard A. Lazzara as to James T. Kimball, Gaylord Hughes re: [352-1] appeal Court Reporter: Virginia Jones, Montana Reporting. (Transcript filed separately.) (sak) (Entered: 02/08/2001) |
| 09/11/2000 | 322 | MOTION by James T. Kimball to continue sentencing , and to compel production of government's presentence memorandum (jlh) (Entered: 09/11/2000) |
| 09/12/2000 | 323 | TRANSCRIPT (Volume 14) as to James T. Kimball and Gaylord Hughes of jury trial proceedings held on 05/19/00 before Judge Richard A. Lazzara. (Transcript filed separately.) (sak) (Entered: 09/13/2000) |
| 09/13/2000 | 324 | MOTION by James T. Kimball to transfer, divert or vacate jurisdiction , or, in the alternative, to dismiss indictment , to find this motion timely filed and to admit James T. Kimball pro se for this motion . (sak) (Entered: 09/14/2000) |
| 09/14/2000 | 325 | ORDER as to James T. Kimball (1) granting [322-1] motion to continue sentencing and denying [322-2] motion to compel production of government's presentence memorandum. ( Signed by Judge Richard A. Lazzara ) ctc (sak) (Entered: 09/15/2000) |
| 09/14/2000 | 326 | ORDER as to James T. Kimball, resetting sentencing for 9:00 10/6/00 for James T. Kimball scheduled for Judge Richard A. Lazzara . ( Signed by Judge Richard A. Lazzara ) ctc (sak) (Entered: 09/15/2000) |
| 09/15/2000 | 329 | MOTION HEARING held on 09/15/00 before Judge Richard A. Lazzara as to James T. Kimball re:Government's motion to revoke Defendant's bond. Court denies the motion – order to follow. Sentencing set for 10/06/00 at 10:00 AM before District Judge Richard A. Lazzara. Court Reporter: Claudia Spangler-Fry (sak) (Entered: 09/18/2000) |
| 09/15/2000 | 330 | EXHIBIT LIST for 09/15/00 motion hearing by James T. Kimball. (sak) (Entered: 09/18/2000) |
| 09/15/2000 | 331 | EXHIBIT LIST for motion hearing by USA as to James T. Kimball. (sak) (Entered: 09/18/2000) |
| 09/15/2000 | 332 | ORDER as to James T. Kimball that the Government's motion for order to revoke Defendant Kimball's conditions of release is denied. ( Signed by Judge Richard A. Lazzara ) ctc (sak) (Entered: 09/18/2000) |
| 09/18/2000 | 333 | NOTIFICATION of placement of 1 folder of Government's and Defendant's motion hearing exhibits as to James T. Kimball in the Exhibits Room on 09/18/00. (sak) (Entered: 09/18/2000) |
| 09/20/2000 | 334 | ORDER denying [324-1] motion to transfer, divert or vacate jurisdiction as to James T. Kimball (1), denying [324-2] motion to dismiss indictment to James T. |

| | | |
|---|---|---|
| | | Kimball (1), denying [324-3] motion to find motion timely filed as to James T. Kimball (1), denying [324-4] motion to admit James T. Kimball pro se for this motion as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (jlh) (Entered: 09/21/2000) |
| 09/22/2000 | 335 | NOTICE of attorney appearance for James T. Kimball by Michael S. Pasano as co-counsel. (ag) (Entered: 09/25/2000) |
| 09/29/2000 | 336 | TRANSCRIPT as to James T. Kimball of motion hearing held on 9/15/00 before Judge Richard A. Lazzara. Transcript filed separately. (jlh) (Entered: 09/29/2000) |
| 09/29/2000 | 337 | PRESENTENCE MEMORANDUM by USA (jlh) (Entered: 10/02/2000) |
| 10/03/2000 | 338 | MOTION with memorandum in support by USA as to James T. Kimball to tax costs of prosecution (rm) (Entered: 10/04/2000) |
| 10/03/2000 | 339 | NOTICE of amendments to government's presentence memorandum by USA as to James T. Kimball, Gaylord Hughes (rm) (Entered: 10/04/2000) |
| 10/03/2000 | 340 | NOTICE of additional sentencing authorities by USA as to James T. Kimball, Gaylord Hughes (rm) (Entered: 10/04/2000) |
| 10/06/2000 | 341 | MINUTE ENTRY as to James T. Kimball held on 10/6/00 before Judge Richard A. Lazzara. Court convened for sentencing, but circumstances required the court to continue the sentencing to 10/19/00 at 9:00 a.m. In light of the circumstances the Court directed the parties to meet with Probation again before the sentencing date. Court Reporter: Claudia Spangler-Fry (rjc) (Entered: 10/10/2000) |
| 10/06/2000 | 342 | NOTICE OF HEARING: reset sentencing for 9:00 10/19/00 for James T. Kimball scheduled for Judge Richard A. Lazzara ( Signed by Deputy Clerk ) ctc (rjc) (Entered: 10/10/2000) |
| 10/11/2000 | 343 | NOTICE of filing supplemental authority by James T. Kimball re: sentencing memorandum (jlh) (Entered: 10/11/2000) |
| 10/16/2000 | 344 | NOTICE of filing supplemental authority by James T. Kimball re: sentencing (jlh) (Entered: 10/17/2000) |
| 10/17/2000 | 345 | NOTICE of filing sentencing exhibits by USA as to James T. Kimball, Gaylord Hughes (wlb) (Entered: 10/18/2000) |
| 10/17/2000 | 346 | NOTICE of filing supplemental sentencing exhibits by USA as to James T. Kimball, Gaylord Hughes (wlb) (Entered: 10/18/2000) |
| 10/19/2000 | | ENDORSED ORDER denying [338-1] motion to tax costs of prosecution as to James T. Kimball (1). ( Signed by Judge Richard A. Lazzara ) ctc (eec) (Entered: 10/20/2000) |
| 10/19/2000 | 347 | SENTENCING held on 10/19/00 before Judge Richard A. Lazzara, as to James T. Kimball (1) count(s) 1,2-7,8: Imprisonment 156 months total as to all counts: 60 months as to count (1), 60 months as to count (8) to run consecutive, 36 months as to counts (2-7) to run concurrent with each other and consecutive to terms imposed in counts (1,8); Supervised release: 36 months as to counts (1,8), 12 months as to counts (2-7), all terms to run concurrent; Fine: $25,000; Special Assessment: $800.00 Court Reporter: Claudia Spangler-Fry. (eec) (Entered: 10/20/2000) |
| 10/19/2000 | | ORAL MOTION in open court by USA as to James T. Kimball for upward departure (eec) (Entered: 10/20/2000) |
| 10/19/2000 | | ORAL ORDER granting [0-0] oral motion for upward departure as to James T. Kimball (1). ( Entered by Judge Richard A. Lazzara ) (eec) (Entered: 10/20/2000) |
| 10/19/2000 | | ORAL MOTION in open court by James T. Kimball for downward departure (eec) (Entered: 10/20/2000) |
| 10/19/2000 | | ORAL ORDER denying [0-0] oral motion for downward departure as to James T. Kimball (1). ( Entered by Judge Richard A. Lazzara ) (eec) (Entered: 10/20/2000) |
| 10/19/2000 | 348 | EXHIBIT LIST by USA as to James T. Kimball. (eec) (Entered: 10/20/2000) |

| | | |
|---|---|---|
| 10/19/2000 | | SEALED DOCUMENT S-- 26. (eec) (Entered: 10/20/2000) |
| 10/19/2000 | | SEALED DOCUMENT S-- 27. (eec) (Entered: 10/20/2000) |
| 10/19/2000 | | SEALED DOCUMENT S-- 28. (eec) (Entered: 10/20/2000) |
| 10/19/2000 | | SEALED DOCUMENT S-- 29. (eec) (Entered: 10/20/2000) |
| 10/19/2000 | | SEALED DOCUMENT S-- 30. (eec) (Entered: 10/20/2000) |
| 10/19/2000 | | SEALED DOCUMENT S-- 31. (eec) (Entered: 10/20/2000) |
| 10/19/2000 | 349 | MOTION with memorandum in support by James T. Kimball for release from custody pending appeal (ag) (Entered: 10/23/2000) |
| 10/19/2000 | 350 | NOTICE OF HEARING: Motion hearing set for 9:30 11/1/00 as to: James Kimball, re: (349-1) motion for release from custody pending appeal, scheduled for Judge Richard A. Lazzara (Signed by Deputy Clerk), ctc (ag) (Entered: 10/23/2000) |
| 10/20/2000 | | BILL OF COSTS filed by USA regarding by James T. Kimball, Gaylord Hughes (jlh) (Entered: 10/23/2000) |
| 10/23/2000 | 351 | JUDGMENT as to James T. Kimball (Signed by Judge Richard A. Lazzara), ctc (ag) (Entered: 10/24/2000) |
| 10/23/2000 | 352 | NOTICE OF APPEAL re: [351-1] judgment order by James T. Kimball (1) count(s) 1, 2-7, 8. Filing fee $105.00 Receipt# T006906. Transcript information form due on 11/6/00. ctc (crs) (Entered: 10/24/2000) |
| 10/23/2000 | | TRANSMITTAL of initial appeal package to USCA consisting of certified copies of notice of appeal, docket sheet, and order/judgment being appealed, and motion, if applicable, re: [352-1] appeal as to James T. Kimball. Transcript information form sent. Notice to Probation. (crs) (Entered: 10/24/2000) |
| 10/23/2000 | 353 | NOTIFICATION of placement of 1 folder of Government's sentencing exhibits as to James T. Kimball in the Exhibits Room on 10/23/00. (sak) (Entered: 10/24/2000) |
| 10/27/2000 | 354 | BILL OF COSTS $107,082.84 (s/crd) (jlh) (Entered: 10/30/2000) |
| 10/30/2000 | 355 | MOTION by James T. Kimball for the law firm of Zuckerman, Spaeder, Taylor and Evans, LLP (Michael S. Pasano) to withdraw as attorney counsel for defendant (ag) Modified on 10/31/2000 (Entered: 10/31/2000) |
| 10/30/2000 | 356 | SUPPLEMENTAL to [349-1] motion for release from custody pending appeal as to James T. Kimball (ag) (Entered: 10/31/2000) |
| 10/31/2000 | 357 | RESPONSE as to James T. Kimball by USA re: [349-1] motion for release from custody pending appeal (wlb) (Entered: 11/01/2000) |
| 11/01/2000 | 358 | ORDER as to James T. Kimball granting [355-1] motion for the law firm of Zuckerman, Spaeder, Taylor and Evans, LLP (Michael S. Pasano) to withdraw as attorney counsel for defendant (Terminated attorney Michael S. Pasano for James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (crs) (Entered: 11/02/2000) |
| 11/01/2000 | 359 | MINUTE ENTRY hearing held on 11/1/00 as to James T. Kimball on motion for release from custody pending appeal(Dkt. 349) and the supplement to the motion (Dkt. 356) order to follow, before Judge Richard A. Lazzara Court Reporter: Claudia Spangler-Fry (crs) (Entered: 11/02/2000) |
| 11/01/2000 | 360 | ORDER as to James T. Kimball (1) denying [349-1] motion for release from custody pending appeal. ( Signed by Judge Richard A. Lazzara ) ctc (crs) (Entered: 11/02/2000) |
| 11/01/2000 | | TRANSMITTAL to USCA re: [352-1] appeal as to James T. Kimball forwarding copy of order granting motion for Michael Pasano to withdraw as counsel, and a copy of order denying motion for release from custody pending appeal. USCA # 00-15623-B (crs) (Entered: 11/02/2000) |

| | | |
|---|---|---|
| 11/01/2000 | 361 | TRANSCRIPT INFORMATION FORM filed as to James T. Kimball re: [352-1] appeal; transcript of sentencing held on 10/19/00 requested; Court reporter acknowledgment due 11/15/00. USCA # 00-15623-B (crs) (Entered: 11/03/2000) |
| 11/02/2000 | | NOTICE dated 10/27/00 assigning 11th Circuit case number re: [352-1] appeal. USCA #: 00-15623-B (crs) (Entered: 11/03/2000) |
| 11/03/2000 | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to James T. Kimball (crs) (Entered: 11/06/2000) |
| 11/13/2000 | 362 | TRANSCRIPT of status proceeding held on 9/9/99 before Judge Richard A. Lazzara as to James T. Kimball re: [352-1] appeal. Court Reporter: Claudia Spangler-Fry; Transcript filed separately. USCA # 00-15623-B (crs) (Entered: 11/13/2000) |
| 11/13/2000 | 363 | TRANSCRIPT of sentencing proceedings held on 10/19/00 before Judge Richard A. Lazzara as to James T. Kimball re: [352-1] appeal. Court Reporter: Claudia Spangler-Fry; Transcript filed separately. USCA # 00-15623-B (crs) (Entered: 11/13/2000) |
| 11/13/2000 | 364 | TRANSCRIPT of motion hearing held on 11/1/00 before Judge Richard A. Lazzara as to James T. Kimball re: [352-1] appeal. Court Reporter: Claudia Spangler-Fry; Transcript filed separately. USCA # 00-15623-B (crs) (Entered: 11/13/2000) |
| 11/13/2000 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [352-1] appeal of receiving copy of order granting motion for Michael Pasano to withdraw as counsel and copy of order denying motion for release from custody pending appeal on 11/7/00. USCA # 00-15623-B (crs) (Entered: 11/13/2000) |
| 11/13/2000 | 366 | RESPONSE by James T. Kimball in opposition to [338-1] motion to tax costs of prosecution and clerk's entry taxing costs (jnb) (Entered: 11/14/2000) |
| 11/20/2000 | 367 | NOTIFICATION that transcript has been filed by court reporter Claudia Spangler-Fry as to James T. Kimball re: [352-1] appeal. Certificate of readiness due 12/4/00. USCA # 00-15623-B (crs) (Entered: 11/20/2000) |
| 11/29/2000 | 368 | ORDER as to James T. Kimball, that the government's motion for temporary withdrawal of trial exhibits is granted. The clerk shall temporarily release to an authorized representative of the government the trial exhibits in this case. The government shall be allowed to retain the trial exhibits for a period of three weeks commencing on the day the exhibits come into its possession for the purpose of copying the exhibits for appeal. The government, upon completion of the copying of the exhibits, shall return the exhibits to the clerk. (Signed by Judge Richard A. Lazzara), ctc (ag) (Entered: 11/30/2000) |
| 12/06/2000 | 369 | RECEIPT for temporary return of Government's jury trial exhibits and/or exhibit substitutes as to James T. Kimball for a 3 week period. (sak) (Entered: 12/06/2000) |
| 12/07/2000 | 370 | JURY TRIAL exhibits consisting of 4 expandable folders and 2 large boxes returned to the Clerk's office by USA as to James T. Kimball. (sak) (Entered: 12/07/2000) |
| 12/11/2000 | 371 | RESPONSE by James T. Kimball in opposition to government's motion to withdraw trial exhibits and [368-1] order granting such motion (cdm) (Entered: 12/12/2000) |
| 02/08/2001 | 374 | NOTICE of additional attorney appearance for USA by Adelaide G. Few (jlh) (Entered: 02/09/2001) |
| 02/09/2001 | 373 | CERTIFICATE of readiness with certified copies of indexed district court docket sheet sent to USCA re: [352-1] appeal as to James T. Kimball (ROA consists of: PSI, Volume pleadings: 7 (6 public, 1 sealed); Volume transcripts: 38; Volume exhibits: 1 expandable folder; 4 envelopes, 2 boxes) USCA# 00-15623-J ctc (crs) (Entered: 02/09/2001) |
| 02/16/2001 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [352-1] appeal of receiving certificate of readiness on 2/13/01 USCA # 00-15623-B (crs) (Entered: 02/16/2001) |

| | | |
|---|---|---|
| 04/09/2001 | 375 | RETURN of judgment executed as to James T. Kimball on 12/27/00 at FCC Coleman, FL (ch) (Entered: 04/10/2001) |
| 04/17/2001 | 376 | MOTION by Jo Kimball to release bond obligation as to James T. Kimball Referred to Magistrate Judge Thomas B. McCoun III (ch) (Entered: 04/18/2001) |
| 04/20/2001 | 377 | ORDER as to James T. Kimball granting [376-1] motion to release bond obligation as to James T. Kimball (1). The clerk is directed to return any and all paperwork under the Agreement to Forfeit Property to Josephine Kimball. ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 04/23/2001) |
| 05/07/2001 | | RETURNED as undeliverable order 377 as addressed to James T. Kimball as to James T. Kimball; not deliverable (crb) (Entered: 05/08/2001) |
| 05/23/2001 | 378 | ORDER that in accord with Local Rule 4.12(H) Probation Officer W. Bradley Vaughn is excused from complying with subpoena to bring presentence report and related documents to State of Florida administrative hearing as to James T. Kimball ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 05/23/2001) |
| 05/24/2001 | | RECORD on appeal sent to USCA as to James T. Kimball re: [352-1] appeal (ROA consists of: PSI, Volume pleadings: 7 (6 public 1 sealed); Volume transcripts: 38; Volume exhibits: 7 (1 expandable, 4 envelopes/trial, 2 boxes) USCA# 00-15623-BB ctc (cdm) (Entered: 05/24/2001) |
| 05/31/2001 | | RETURNED MAIL: Copy of [378-1] order mailed to James T. Kimball returned marked moved left no forwarding address (ch) (Entered: 06/01/2001) |
| 06/01/2001 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [352-1] appeal of receiving record on appeal on 5/29/01. USCA # 00-15623-BB (crs) (Entered: 06/01/2001) |
| 09/05/2001 | 379 | MOTION by James T. Kimball to unseal presentence report and any notes, allow author to testify about same (ch) (Entered: 09/06/2001) |
| 09/07/2001 | 380 | ORDER denying [379-1] motion to unseal presentence report and any notes as to James T. Kimball (1), denying [379-2] motion allow author to testify about same as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 09/07/2001) |
| 09/13/2001 | 381 | ORDER that Probation Officer W. Bradley Vaughn is excused from complying with subpoena to appear at administrative hearing on 9/18/01 as to James T. Kimball ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 09/13/2001) |
| 09/13/2001 | 382 | ORDER that Probation Officer Aaron R. Clemts is excused from complying with subpoena to appear at administrative hearing on 9/18/01 as to James T. Kimball ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 09/13/2001) |
| 11/02/2001 | 383 | MOTION by James T. Kimball for reconsideration of [381-1] order excusing W. Bradley Vaughn from complying with subpoena (ch) (Entered: 11/05/2001) |
| 11/06/2001 | 384 | ORDER denying as moot [383-1] motion for reconsideration of [381-1] order excusing W. Bradley Vaughn from complying with subpoena as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 11/06/2001) |
| 09/16/2002 | 385 | USCA DECISION (certified copy) re: [352-1] appeal affirming judgment/order James T. Kimball (1) count(s) 1, 2-7, 8 (Opinion attached) Mandate date: 9/12/02 USCA EOD: 5/14/02 USCA # 00-15623-BB (crs) (Entered: 09/17/2002) |
| 09/16/2002 | | RECORD on appeal as to James T. Kimball returned from USCA re: (ROA consists of: PSI, Volume pleadings: 7 (6 public, sealed); Volume transcripts: 38; Volume exhibits: 7(2 boxes 1 expandable, 4 envelopes, ) USCA# 00-15623-BB (crs) (Entered: 09/17/2002) |
| 09/16/2002 | . | PRESENTENCE INVESTIGATION REPORT as to James T. Kimball returned to probation. (crs) (Entered: 09/17/2002) |
| 09/18/2002 | | EXHIBIT letter mailed to government and Defendant Kimballs counsel pursuant to Local Rule 5.04 (jlh) (Entered: 09/18/2002) |

| | | |
|---|---|---|
| 09/19/2002 | 386 | CLERK'S certificate of destruction of court's exhibits and/or exhibit substitutes as to James T. Kimball, Gaylord Hughes (jlh) (Entered: 09/19/2002) |
| 10/03/2002 | | EXHIBIT letter mailed to government and Kimball counsel pursuant to Local Rule 5.04 (jlh) (Entered: 10/03/2002) |
| 11/04/2002 | 387 | RECEIPT for return of Government's exhibits and/or exhibit substitutes as to James T. Kimball (jlh) (Entered: 11/04/2002) |
| 11/04/2002 | 388 | RECEIPT for return of government's exhibits and/or exhibit substitutes as to James T. Kimball, Gaylord Hughes (jlh) (Entered: 11/04/2002) |
| 01/07/2003 | 389 | CLERK'S certificate of destruction of Defendant's exhibits and/or exhibit substitutes as to James T. Kimball, Gaylord Hughes (jlh) (Entered: 01/07/2003) |
| 05/13/2003 | 390 | MOTION with memorandum in support by James T. Kimball to vacate under 28 U.S.C. 2255 related case # 8:03-cv-909-T-26TBM) (ch) (Entered: 05/14/2003) |
| 05/13/2003 | 391 | AFFIDAVIT of James T. Kimball by James T. Kimball Re: [390-1] motion to vacate under 28 U.S.C. 2255 related case # 8:03-cv-909-T-26TBM) (ch) (Entered: 05/14/2003) |
| 05/14/2003 | 392 | ORDER that the government is to respond to motion to vacate within 60 days, see the Order for details, as to James T. Kimball, response to motion set to 7/14/03 for USA for [390-1] motion to vacate under 28 2255 related case # 8:03-cv-909-T-26TBM) ( Signed by Richard A. Lazzara ) ctc (ch) (Entered: 05/16/2003) |
| 05/19/2003 | 393 | MOTION by James T. Kimball for leave to amend [390-1] motion to vacate under 28 U.S.C. 2255 related case # 8:03-cv-909-T-26TBM) () (ch) (Entered: 05/19/2003) |
| 05/20/2003 | 394 | ORDER granting [393-1] motion for leave to amend [390-1] motion to vacate under 28 U.S.C. 2255 (related case # 8:03-cv-909-T-26TBM) as to James T. Kimball (1), denying as moot [390-1] motion to vacate under 28 U.S.C. 2255 related case # 8:03-cv-909-T-26TBM) as to James T. Kimball (1). The clerk shall file the amended 2255 motion. ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 05/20/2003) |
| 05/20/2003 | 395 | AMENDED MOTION by James T. Kimball (amended) [390-1] motion to vacate under 28 U.S.C. 2255 related case # 8:03-cv-909-T-26TBM) (ch) (Entered: 05/20/2003) |
| 05/22/2003 | 396 | MOTION by James T. Kimball for new trial (pro se) (ch) (Entered: 05/23/2003) |
| 05/22/2003 | 397 | MOTION by James T. Kimball for Judge Richard A. Lazzara to recuse himself from participating in motion for new trial (ch) (Entered: 05/23/2003) |
| 05/27/2003 | 398 | ORDER denying [397-1] motion for Judge Richard A. Lazzara to recuse himself from participating in motion for new trial as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 05/27/2003) |
| 05/27/2003 | 399 | ORDER terminating [396-1] motion for new trial as to James T. Kimball (1), to be treated as a supplement to [395-1] amended motion to vacate. ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 05/28/2003) |
| 05/29/2003 | 400 | NOTICE OF APPEAL re: [392-1] order by James T. Kimball. Filing fee not paid. (related case # 8:03-cv-909-T-26TBM) ctc (crs) (Entered: 05/30/2003) |
| 05/30/2003 | | TRANSMITTAL of initial appeal package to USCA consisting of certified copies of notice of appeal, docket sheet, and order/judgment being appealed, and motion, if applicable, re: [400-1] appeal as to James T. Kimball. Notice sent to Probation. Certificate of readiness due: 6/13/03. ctc (crs) (Entered: 05/30/2003) |
| 06/04/2003 | | RE-MAILED copies of Orders [394-1], [398-1], and [399-1] to Strictly Supplements, c/o Legal Dept., 35203 State Rd. 54, Zephyrhills, FL, as to James T. Kimball (ch) (Entered: 06/04/2003) |
| 06/04/2003 | | APPEAL FEES received $105.00. Receipt # T022025 as to James T. Kimball re: [400-1] appeal. USCA notified. (crs) (Entered: 06/05/2003) |

| | | |
|---|---|---|
| 06/04/2003 | 401 | NOTICE by James T. Kimball of change of address for pro-se party (crs) (Entered: 06/05/2003) |
| 06/04/2003 | 402 | MOTION by James T. Kimball for leave to amend [397-1] motion for Judge Richard A. Lazzara to recuse himself from participating in motion for new trial (ch) (Entered: 06/05/2003) |
| 06/04/2003 | 403 | MOTION by James T. Kimball for leave to amend [396-1] motion for new trial (ch) (Entered: 06/05/2003) |
| 06/05/2003 | | TRANSMITTAL to USCA re: [400-1] appeal as to James T. Kimball forwarding copy of receipt for payment of appellate filing fees. USCA # not yet assigned (crs) (Entered: 06/05/2003) |
| 06/06/2003 | 404 | ORDER denying [403-1] motion for leave to amend [396-1] motion for new trial as to James T. Kimball (1), granting [402-1] motion for leave to amend [397-1] motion for Judge Richard A. Lazzara to recuse himself from participating in motion for new trial as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ctc (ch) (Entered: 06/09/2003) |
| 06/09/2003 | | NOTICE dated 6/4/03 assigning 11th Circuit case number re: [400-1] appeal as to [James T. Kimball] Appeal number assigned: USCA #: 03-12860-D (crs) (Entered: 06/09/2003) |
| 06/10/2003 | 405 | MOTION by James T. Kimball for reconsideration of [397-1] motion for Judge Richard A. Lazzara to recuse himself from participating in motion for new trial (ch) (Entered: 06/11/2003) |
| 06/10/2003 | 406 | MOTION by James T. Kimball for leave to amend [391-1] affidavit (Exhibit A to [390-1] motion to vacate) to correct clerical errors (ch) (Entered: 06/11/2003) |
| 06/10/2003 | 407 | MOTION by James T. Kimball for leave to amend [400-1] appeal (Original proposed amended notice of appeal attached) (crs) (Entered: 06/11/2003) |
| 06/12/2003 | 408 | ORDER granting [406-1] motion for leave to amend [391-1] affidavit (Exhibit A to [390-1] motion to vacate) to correct clerical errors as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 06/12/2003) |
| 06/12/2003 | 409 | ORDER denying [405-1] motion for reconsideration of [397-1] motion for Judge Richard A. Lazzara to recuse himself from participating in motion for new trial as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 06/12/2003) |
| 06/12/2003 | | ENDORSED ORDER granting [407-1] motion for leave to amend [400-1] appeal as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (crs) (Entered: 06/12/2003) |
| 06/12/2003 | | TRANSMITTAL to USCA re: [400-1] appeal as to James T. Kimball forwarding copy of [407-1] endorsed order granting motion to amend notice of appeal. USCA # 03-12860-D (crs) (Entered: 06/12/2003) |
| 06/12/2003 | 410 | AMENDED NOTICE OF APPEAL by James T. Kimball (1) re: [392-1] order, that the government is to respond to motion to vacate under 28 2255 (related case # 8:03-cv-909-T-26TBM), and [398-1] order denying [397-1] motion for Judge Richard A. Lazzara recuse himself from participating in motion for new trial to James T. Kimball. ctc (crs) Modified on 06/12/2003 (Entered: 06/12/2003) |
| 06/12/2003 | | TRANSMITTAL of initial amended appeal package to USCA consisting of certified copies of amended notice of appeal, docket sheet, and order/judgment being appealed, and motion, if applicable, re: [410-1] appeal as to James T. Kimball. (crs) (Entered: 06/12/2003) |
| 06/13/2003 | | TRANSMITTAL to USCA re: [410-1] amended appeal, [400-1] appeal as to James T. Kimball forwarding copy of [408-1] order granting [406-1] motion for leave to amend [391-1] affidavit. USCA # 03-12860-D (crs) (Entered: 06/13/2003) |
| 06/13/2003 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [410-1] appeal, [400-1] appeal of receiving copy of receipt for payment of appellate filing fees and |

| | | |
|---|---|---|
| | | costs on 6/9/03. USCA # 03-12860-D (crs) (Entered: 06/13/2003) |
| 06/13/2003 | 411 | SECOND MOTION by James T. Kimball for leave to amend [410-1] appeal, [400-1] appeal (crs) (Entered: 06/13/2003) |
| 06/13/2003 | 445 | MOTION to amend/correct 396 Motion for new trial filed by James T. Kimball. (this motion was treated as an exhibit and overlooked as it was attached to document # 411) (crs ) (Entered: 10/26/2004) |
| 06/16/2003 | 412 | ORDER denying without prejudice [411-1] motion for leave to amend [410-1] appeal, [400-1] appeal as to James T. Kimball (1), denied without prejudice to defendant filing a separate notice of appeal as to each order he seeks to appeal. ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 06/16/2003) |
| 06/17/2003 | | TRANSMITTAL to USCA re: [410-1] appeal, [400-1] appeal as to James T. Kimball forwarding copy of [412-1] order denying [411-1] second motion to amend appeal. USCA # 03-12860-D (crs) (Entered: 06/17/2003) |
| 06/18/2003 | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to James T. Kimball (crs) (Entered: 06/18/2003) |
| 06/20/2003 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [410-1] appeal, [400-1] appeal of receiving copy of endorsed order granting motion to amend notice of appeal on 6/16/03. USCA # 03-12860-D (crs) (Entered: 06/23/2003) |
| 06/20/2003 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [410-1] appeal, [400-1] appeal of receiving copy of amended notice of appeal on 6/16/03. USCA # 03-12860-D (crs) (Entered: 06/23/2003) |
| 06/20/2003 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [410-1] appeal, [400-1] appeal of receiving copy of order granting motion to amend affidavit on 6/17/03. USCA # 03-12860-D (crs) (Entered: 06/23/2003) |
| 06/23/2003 | 413 | NOTICE OF APPEAL re: [399-1] order dismissing plaintiff's motion for a new trial by James T. Kimball. Filing fee $105.00, Receipt # T022282 ctc (crs) (Entered: 06/24/2003) |
| 06/24/2003 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [400-1] appeal of receiving copy of order denying second motion to amend notice of appeal on 6/19/03. USCA # 03-12860-D (crs) (Entered: 06/24/2003) |
| 06/24/2003 | | TRANSMITTAL of initial appeal package to USCA consisting of certified copies of notice of appeal, docket sheet, and order/judgment being appealed, and motion, if applicable, re: [413-1] appeal as to James T. Kimball. (crs) (Entered: 06/24/2003) |
| 06/30/2003 | | NOTICE dated 6/26/03 assigning 11th Circuit case number re: [413-1] appeal as to James T. Kimball. Appeal number assigned: USCA #: 03-13235-D (crs) (Entered: 07/01/2003) |
| 06/30/2003 | 414 | ORDER (USCA) dismissing [400-1] appeal as to James T. Kimball (1) sua sponte, for lack of jurisdiction. Issued in lieu of the mandate: 6/27/03. USCA # 03-12860-D (crs) (Entered: 07/01/2003) |
| 07/07/2003 | 415 | MOTION by James T. Kimball to allow Brandon L. Kolb to join defense as co-counsel (ch) (Entered: 07/08/2003) |
| 07/07/2003 | 416 | MOTION with memorandum in support by USA as to James T. Kimball to extend time to answer petitioner's 2255 motion for 30 days (ch) (Entered: 07/08/2003) |
| 07/09/2003 | 417 | ORDER granting [415-1] motion to allow Brandon L. Kolb to join defense as co-counsel as to James T. Kimball (1) if Mr. Kolb files a formal notice of appearance; granting [416-1] motion to extend time to answer petitioner's 2255 motion for 30 days as to James T. Kimball (1), response to motion set to 9/10/03 for USA for [395-1] defendant amended motion [390-1] motion to vacate under 28 U.S.C. 2255 related case # 8:03-cv-909-T-26TBM) ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 07/09/2003) |

| | | |
|---|---|---|
| 07/24/2003 | 418 | ORDER (USCA) as to James T. Kimball remanding, sua sponte, to the District Court, for a determination of excusable neglect or good cause. Upon making a determination, the District Court shall return the record, as supplemented, to this Court for further proceedings. Jurisdiction of this appeal is being retained by the Eleventh Circuit. USCA # 03-13235-D (crs) (Entered: 07/24/2003) |
| 07/24/2003 | 419 | ORDER directing defendant-appellant Kimball to file within 20 days affidavits and other supporting evidence which would demonstrate timely deposit of his notice of appeal in the correctional institution's internal mail system; or that his Notice of appeal was untimely submitted due to excusable neglect or good cause as to James T. Kimball. The government shall file any opposition and supporting evidence within 15 days thereafter. ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 07/25/2003) |
| 07/28/2003 | | TRANSMITTAL to USCA re: [413-1] appeal as to James T. Kimbal forwarding copy of [419-1] order directing defendant appellant Kimball to file within 20 days affidavits and other supporting evidence that would demonstrate timely deposit of his notice of appeal in the correctional institution's internal mail system. USCA # 03-13235-D (crs) Modified on 07/29/2003 (Entered: 07/28/2003) |
| 08/04/2003 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [413-1] appeal of receiving copy of order directing defendant to file an affidavit to show timely deposit of notice of appeal in correctional institution internal mail system on 7/31/03. USCA # 03-13235-D (crs) (Entered: 08/04/2003) |
| 08/13/2003 | 420 | AFFIDAVIT of James T. Kimball re: untimely receipt of legal mail. (crs) (Entered: 08/14/2003) |
| 09/04/2003 | 421 | RESPONSE by USA as to James T. Kimball in opposition to [390-1] motion to vacate under 28 U.S.C. 2255 related case 8:03-cv-909-T-26TBM). (jab) (Entered: 09/05/2003) |
| 09/04/2003 | 422 | ORDER as to James T. Kimball that defendant-appellant Kimball has shown good cause for his delay such that the time for filing the notice of appeal is extended under Federal Rule of Appellate Procedure 4(b)(4) and concomitantly, his notice of appeal is accepted as timely. ( Signed by Judge Richard A. Lazzara ) ctc (dlg) (Entered: 09/08/2003) |
| 09/08/2003 | | TRANSMITTAL to USCA re: [413-1] appeal as to James T. Kimball forwarding certified copy of order [422-1] re: that notice of appeal is accepted as timely. USCA # 03-13235-D (dlg) (Entered: 09/08/2003) |
| 09/10/2003 | 423 | NOTICE of attorney appearance for James T. Kimball by Brandon L. Kolb as co-counsel for motion to vacate (ch) (Entered: 09/11/2003) |
| 09/10/2003 | 424 | MOTION by James T. Kimball for leave to amend [395-1] defendant (amended) motion to vacate under 28 U.S.C. 2255 related case # 8:03-cv-909-T-26TBM) (ch) (Entered: 09/11/2003) |
| 09/10/2003 | 425 | SUPPLEMENT to [395-1] defendant amended motion [390-1] motion to vacate under 28 U.S.C. 2255 related case 8:03-cv-909-T-26TBM) as to James T. Kimball (ch) (Entered: 09/11/2003) |
| 09/12/2003 | 426 | ORDER that the government shall file a response to the motion to amend 2255 petition response to motion set to 9/25/03 for USA for [424-1] motion for leave to amend [395-1] defendant (amended) motion to vacate under 28 U.S.C. 2255 related case # 8:03-cv-909-T-26TBM) deferring [424-1] motion for leave to amend [395-1] defendant (amended) motion to vacate under 28 U.S.C. 2255 related case # 8:03-cv-909-T-26TBM) as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 09/12/2003) |
| 09/17/2003 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [413-1] appeal of receiving copy of order that notice of a on 9/10/03 USCA # 03-13235-D (crs) (Entered: 09/17/2003) |
| 09/19/2003 | 427 | MOTION by James T. Kimball for leave to amend [425-1] supplement to motion to vacate (ch) (Entered: 09/22/2003) |

| | | |
|---|---|---|
| 09/19/2003 | 428 | MOTION by James T. Kimball to supplement 2255 motion with evidence and argument (exhibits filed separately) (ch) (Entered: 09/22/2003) |
| 09/23/2003 | 429 | ORDER denying [428-1] motion to supplement 2255 motion with evidence and argument as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 09/23/2003) |
| 09/23/2003 | 430 | ORDER granting [427-1] motion for leave to amend [425-1] supplement to motion to vacate as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ctc (ch) (Entered: 09/23/2003) |
| 09/23/2003 | 431 | RESPONSE by USA as to James T. Kimball in opposition to [425-1] supplement to amended motion to vacate, set aside or correct sentence (bls) (Entered: 09/24/2003) |
| 09/24/2003 | 432 | ORDER denying [424-1] motion for leave to amend [395-1] defendant (amended) motion to vacate under 28 U.S.C. 2255 related case # 8:03-cv-909-T-26TBM) ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 09/25/2003) |
| 09/29/2003 | | RETURNED MAIL: Copy of [429-1] and [430-1] Orders mailed to Barndon Kolb returned marked not at this address; remailed to Strictly Supplements (ch) (Entered: 09/30/2003) |
| 09/29/2003 | 433 | MOTION by James T. Kimball to extend time to reply to government's response (ch) (Entered: 09/30/2003) |
| 10/01/2003 | 434 | ORDER granting [433-1] motion to extend time to reply to government's response as to James Kimball (1). The defendant shall file his reply to the government's response by 10/31/03. ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 10/01/2003) |
| 10/31/2003 | 435 | REPLY by James T. Kimball to [431-1] response to motion to vacate (ch) (Entered: 11/03/2003) |
| 11/03/2003 | 436 | ORDER as to James T. Kimball dismissing [413-1] appeal pursuant to appellant's voluntary dismissal. Issued as the mandate: 10/30/03. USCA # 03-13235-DD (crs) (Entered: 11/03/2003) |
| 11/26/2003 | 437 | ORDER denying [395-1] amended motion [390-1] motion to vacate under 28 U.S.C. 2255 related case # 8:03-cv-909-T-26TBM) as to James T. Kimball (1). The clerk is directed to enter judgment in case 8:03-cv-909-T-26TBM and close that case. ( Signed by Judge Richard A. Lazzara ) ctc (ch) (Entered: 11/28/2003) |
| 11/28/2003 | 438 | CERTIFIED COPY OF JUDGMENT entered in case 8:03-cv-909-T-26TBM as to James T. Kimball (ch) (Entered: 11/28/2003) |
| 12/08/2003 | 439 | NOTICE OF APPEAL re: [392-1] order; [437-1] order by James T. Kimball (1) count(s) 1, 2-7, 8. Filing fee $ 255.00 Receipt # T024676 ctc (crs) (Entered: 12/09/2003) |
| 12/08/2003 | 439 | CONSTRUED APPLICATION for certificate of appealability by James T. Kimball (crs) (Entered: 12/09/2003) |
| 12/09/2003 | | TRANSMITTAL of initial appeal package to USCA consisting of certified copies of notice of appeal, docket sheet, and order/judgment being appealed, and motion, if applicable, re: [439-1] appeal as to James T. Kimball. There were no hearings from which a transcript could be made. Certificate of readiness due on 12/19/03. (crs) (Entered: 12/09/2003) |
| 12/10/2003 | 440 | ORDER denying [439-1] motion for certificate of appealability as to James T. Kimball (1) ( Signed by Judge Richard A. Lazzara ) ctc (bls) (Entered: 12/10/2003) |
| 12/11/2003 | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to James T. Kimball (dlg) (Entered: 12/11/2003) |
| 12/12/2003 | | TRANSMITTAL to USCA re: [439-1] appeal as to James T. Kimball forwarding copy of [440-1] order denying [439-1] application for certificate of appealability. USCA # not yet assigned (crs) (Entered: 12/12/2003) |

| | | |
|---|---|---|
| 12/19/2003 | 441 | MOTION by James T. Kimball for reconsideration of [440-1] order or in the alternative to provide further explanation. (crs) (Entered: 12/22/2003) |
| 12/22/2003 | | NOTICE dated 12/11/03 assigning 11th Circuit case number re: [439-1] appeal as to James Kimball. Appeal number assigned: USCA #: 03-16302-C (crs) (Entered: 12/22/2003) |
| 12/23/2003 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [439-1] appeal of receiving copy of order denying request for a certificate of appealability on 12/17/03. USCA # 03-16302-C (crs) (Entered: 12/23/2003) |
| 12/23/2003 | 442 | ORDER denying [441-1] motion for reconsideration of [440-1] order as to James T. Kimball (1) (Signed by Judge Richard A. Lazzara) ctc (rm) (Entered: 12/24/2003) |
| 01/15/2004 | | REQUEST by USCA to forward original case papers as to James T. Kimball [439-1] appeal. USCA # 03-16302-C (crs) (Entered: 01/15/2004) |
| 01/15/2004 | | TRANSMITTAL to USCA re: [439-1] appeal as to James T. Kimball forwarding original case papers ( 7 volumes of pleadings, 33 transcripts, 5 expandables of documentary exhibits) USCA # 03-16302-C (crs) (Entered: 01/15/2004) |
| 01/23/2004 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [439-1] appeal of receiving original case papers on 1/19/04. USCA # 03-16302-C (crs) Modified on 01/26/2004 (Entered: 01/23/2004) |
| 03/15/2004 | 443 | ORDER (USCA) as to James T. Kimball re: [439-1] appeal that the appellant's motion for a certificate of appealability is granted on the following issue only: Whether the district court erred by denying appellant's motion to amend his motion to vacate sentence (2255) because the claims appellant sought to add were untimely. The parties are instructed to discuss the effect of this Court's ruling in Walker v Crosby, upon the district court's denial of appellant's motion to amend. USCA # 03-16302-C (crs) Modified on 03/17/2004 (Entered: 03/16/2004) |
| 03/15/2004 | | ORIGINAL CASE PAPERS (7 volumes of pleadings, 33 transcripts, 5 folders of documentary exhibits) returned by USCA. USCA #03-16302-C (crs) (Entered: 03/16/2004) |
| 06/07/2004 | 444 | CERTIFICATE of readiness sent to USCA re: [439-1] appeal as to James T. Kimball (ROA consists of: PSI, Volume pleadings: 1; Volume exhibits: 21 (7 volumes of pleadings (criminal files, 1 volume pleadings civil case 8:03-cv-909-T, 8 folders containing 39 transcripts, 5 folders of documentary exhibits;) USCA# 03-16302-CC ctc (crs) (Entered: 06/07/2004) |
| 06/07/2004 | | RECORD on appeal sent to USCA as to James T. Kimball re: [439-1] appeal (ROA consists of: Certified copy of indexed district court docket sheet, PSI, Volume pleadings: 1; Volume exhibits: 21 (7 volumes of pleadings (criminal files; 1 volume pleadings: civil case 8:03-cv-909-T; 5 folders: documentary exhibits; 8 folders: 39 transcripts) USCA# 03-16302-CC ctc (crs) (Entered: 06/07/2004) |
| 06/24/2004 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [439-1] appeal of receiving the record on appeal on 6/9/04 USCA # 03-16302-CC (dlg) (Entered: 06/24/2004) |
| 06/24/2004 | | ACKNOWLEDGMENT as to James T. Kimball by USCA re: [439-1] appeal of receiving the certificate of readiness on 6/9/04 USCA # 03-16302-CC (dlg) (Entered: 06/24/2004) |
| 10/26/2004 | 446 | ENDORSED ORDER granting 445 Motion to Amend Supplement Titled Motion for a New Trial to Petitioner's Motion to Vacate as to James T. Kimball (1). Signed by Judge Richard A. Lazzara on 10/26/2004. (Hartman, S) (Entered: 10/26/2004) |
| 02/22/2005 | 447 | TRANSCRIPT filed of proceedings to continue sentencing for dates of 10/6/2000 before Judge Richard A. Lazzara re: 439 Notice of appeal as to James T. Kimball. Court Reporter: Claudia Spangler-Fry. (crs ) (Entered: 02/23/2005) |
| 03/23/2005 | 449 | MANDATE of USCA (certified copy) as to James T. Kimball re: 439 Notice of appeal. Issued as Mandate: 3/21/2005. (AFFIRMED) USCA number: 03-16302-CC. (crs ) (Entered: 03/23/2005) |