EXIBIT 5

**Exhibit 5  Prejudice**

1.   Within JTK's Exhibit's 2, 3, 6 and 7 with Attachments, reveals that JTK was placed in prison in violation of various Constitutional Law, while the Federal Courts/Judges were without Authority/Jurisdiction to do so. Those same exhibits and respective attachments also point out that the Federal Judges involved in Case # 8:99-cr-256 were advised and/or knew that their acts were in direct contravention with the Constitution, Due Process of Law and held absolutely no Authority/Jurisdiction to do so. Notwithstanding, deliberately usurped the Authority/Jurisdiction to place JTK in prison. JTK was prejudiced by unlawful imprisonment and tortured while imprisoned, along with his loss of liberty and property.